LINDBERGH PORTER, Bar No. 100091
MOLLY AGARWAL, Bar No. 247545
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: lporter@littler.com; magarwal@littler.com

Attorneys for Defendant
SAN FRANCISCO CHRONICLE, A DIVISION OF
THE HEARST CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY GRANT CHAPMAN, SR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE CHRONICLE,<br><br>　　　　Defendant. | Case No. C07-04775 CRB<br><br>**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>[LOCAL RULE 3-13] |

Pursuant to Local Rule 3-13 of the United States District Court for the Northern District of California, Defendant THE SAN FRANCISCO CHRONICLE ("Defendant") hereby gives notice that the Complaint filed by GREGORY GRANT CHAPMAN ("Plaintiff"), in this court on September 17, 2007, arises from the same or substantially identical transactions, happenings or events as in Plaintiff's action in the Oakland Division of this District. The action filed by Plaintiff in this court calls for determination of the same or substantially identical questions of law and fact.

On March 23, 2007, Plaintiff filed an Amended Complaint in the Oakland Division of this District, styled *GREGORY GRANT CHAPMAN, SR. v. U.S. EEOC/ADA AND SAN FRANCISCO NEWSPAPER AGENCY (THE CHRONICLE) AND TEAMSTERS LOCAL 853 (FORMERLY 921)*, United States District Court Case No. C07-1527-SBA. In that Complaint, Plaintiff alleged discrimination, harassment, perjury and fraud, and obstruction of justice. Plaintiff

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**DEFENDANT'S NOTICE OF PENDENCY
OF OTHER ACTION OR PROCEEDING**

**CASE NO. C07-04775 CRB**

alleged that the bases for that action include his race or color, religion, sex, national origin, and gender. Plaintiff's statement of facts in that Complaint, alleges "violation of employment opportunities, denied entitlements as a QIW with an injury greater than 25% continuous disparate treatment and threats of retaliation." Plaintiff alleges in the March 23, 2007 Amended Complaint that discrimination took place from 2001 to the present and asserts damages of $10 million.

The Complaint filed in this court on September 17, 2007 is virtually identical to Plaintiff's March 23, 2007 Amended Complaint. The only differences between the two complaints are Plaintiff's different address and Plaintiff's naming additional defendants in the March 23, 2007 Complaint. Plaintiff's list of claims, bases for those claims, and statement of facts are identical to those in his Amended Complaint in Case No. C07-1527-SBA.

On September 6, 2007, Judge Saundra B. Armstrong issued an Order granting without prejudice Defendant's Motion to Dismiss, or, in the alternative for More Definite Statement. Plaintiff's attempt to file a duplicate action in this court is improper and should be dismissed or otherwise summarily disposed of, or transferred to the Oakland division of this Court.

Dated: September 28, 2007

*[signature]*
LINDBERGH PORTER
MOLLY AGARWAL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SAN FRANCISCO CHRONICLE, A DIVISION OF THE HEARST CORPORATION

Firmwide:83153941.1 052069.1020

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING     2.     CASE NO. C07-04775 CRB