1  LINDBERGH PORTER, JR., Bar No. 100091
   MOLLY AGARWAL, Bar No. 247545
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:     415.433.1940
   lporter@littler.com,
5  magarwal@littler.com

6  Attorneys for Defendant
   SAN FRANCISCO CHRONICLE, A
7  DIVISION OF THE HEARST CORPORATION

8
                    UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   GREGORY GRANT CHAPMAN, Sr.,        Case No. C07-04775 CRB
12
                  Plaintiff,          **PROOF OF SERVICE**
13
        v.
14
   THE CHRONICLE,
15
                  Defendants.
16

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

PROOF OF SERVICE                                      CASE NO. C07-04775 CRB

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On September 28, 2007, I served the within document(s):

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

**PROOF OF SERVICE**

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 415.399.8490. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Lynn Dickinson<br>Equal Employment Opportunity Commission<br>1801 L Street, N.W., 6th Floor<br>Washington, DC 20507<br>Attorneys for EEOC | Gregory Chapman, Sr.<br>945 Danrose Drive, Apt. H<br>American Canyon, CA 94503<br>Plaintiff |
| Evangelina Fierro Hernandez<br>U.S. EEOC - Legal<br>350 The Embarcadero, Suite 500<br>San Francisco, CA 94103<br>Attorneys for EEOC | Andrew H. Baker<br>Besson, Tayer & Bodine<br>1404 Franklin Street, 5th Floor<br>Oakland, CA 94612<br>Attorneys for Teamsters 853 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE    2.    CASE NO. C07-04775 CRB

1      I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on September 28, 2007, at San Francisco, California.

_Pamela Sloan_
Pamela A. Sloan

Firmwide:82729397.1 052069.1020

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE     3.     CASE NO. C07-04775 CRB