Gregory Chapman, Sr.
945 Danrose Drive #H
American Canyon CA 94503
In Pro Per



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



| | |
|---|---|
| Gregory Grant Chapman, Sr. | Case no. C07-04775 CRB |
| Plaintiff | PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING |
| v. | |
| The Chronicle | |
| Defendant | |

Per Defendant's Notice, Plaintiff filed an identical complaint on Sept. 17, 2007. As the Plaintiff's case was dismissed without prejudice by Judge Saundra B. Armstrong on September 6, 2007, Plaintiff has elected to Exercise his right to re-file the same claim on a new suit. Since San Francisco and Oakland share the same jurisdiction, the complaint was re-assigned to Judge Breyer at the court's discretion.

Plaintiff's complaint was dismissed without prejudice because the Plaintiff Who is in PRO PER, did not file a response to the Defendant's Motion to Dismiss or in the Alternative for More Definite Statement.

PLAINTIFF'S RESPONSE TO DEFENDANTS NOTICE OF PENDENCY
OF OTHER ACTION OR PROCEEDING         CaseC07-04775CRB

The Plaintiff states as facts and can offer proof that fraud and obstruction of justice and breach of contract was committed by Littler Mendelson in behalf of their client, The Chronicle in an earlier proceeding in Judge Breyer's courtroom. It is therefore to their benefit that it be tried outside Judge Breyer's courtroom to further conceal misconduct.

Under Rule 60 of the FRCP, justice still carries the extraordinary power to remedy this case. This rule does not limit the power of a court to entertain an independent action to relieve a party from a judgement, order, or proceeding, or to grant relief to a litigant.

October 12, 2007

*Gregory Grant Chapman /sr*
Gregory Grant Chapman, Sr.
In Pro Per

PLAINTIFF'S RESPONSE TO DEFENDANTS NOTICE OF PENDENCY
OF OTHER ACTION OR PROCEEDING         Case #C07-04775 CRB

PROOF OF SERVICE

UNITED STATES DISTRICT COURT CASE C07-04775 CRB

I declare that I Gregory Grant Chapman, Sr., of legal age and a resident of California with the address of 945 Danrose Drive #H , American Canyon, CA 94503 , served the foregoing document(s):

PLAINTIFF'S RESPOINSE TO DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

By Mail to he parties in said action, as addressed below, in accordance with Code of Civil procedure 1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below.

I declare under penalty of perjury that the foregoing is true and correct. Executed in American Canyon CA on October 12, 2007.

*[signature]* SR.
Gregory Grant Chapman, Sr

United States District Court
Northern District of California
450 Golden Gate Avenue 16th Fl
San Francisco CA  94102

Littler Mendelson
650 California Street 20th Fl
San Francisco CA 94108-2693
Attn. Lyndbergh Porter, Jr.
Molly Agarwal