IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY G. CHAPMAN, SR.,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CHRONICLE,<br><br>    Defendant._____/ | No. C 07-04775 CRB<br><br>**ORDER** |

    The Court is in receipt of defendant's Notice of Other Action or Proceeding pursuant to Civil Local Rule 3-13. That rule applies to related actions in courts other than the Northern District of California. Accordingly, defendant shall file a Notice of Related Case in accordance with Civil Local Rule 3-12.

    **IT IS SO ORDERED.**

Dated: October 17, 2007

                                                   CHARLES R. BREYER
                                                 UNITED STATES DISTRICT JUDGE