UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY GRANT CHAPMAN | ) | No. C 07-01527 SBA |
| Plaintiff, | ) | |
| | ) | CLERK'S NOTICE |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| US EEOC, | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for February 6, 2008, at 3:45 p.m.,  has been continued to  Tuesday,  March 25, 2008, at 1:00 p.m., to follow the hearing on the motion  in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 1/30/08

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Lisa R. Clark*
     LISA R. CLARK
     Courtroom Deputy

1

2    UNITED STATES DISTRICT COURT
     FOR THE
3    NORTHERN DISTRICT OF CALIFORNIA

4    GREGORY GRANT CHAPMAN,
                                              Case Number: CV07-01527 SBA
5              Plaintiff,
                                         **CERTIFICATE OF SERVICE**
6        v.

7    US EEOC et al,

8              Defendant.
     _____/
9

10   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.
11
     That on January 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing
12   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
     depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
13   delivery receptacle located in the Clerk's office.

14

15

16   Gregory Grant Chapman
     945 Danrose Drive #H
17   American Canyon,  CA 94503

18
     Dated: January 30, 2008
19
                                              Richard W. Wieking, Clerk
                                              By: LISA R CLARK, Deputy Clerk
20

21

22

23

24

25

26

27

28
                                       -2-