**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**<u>CIVIL CASE MANAGEMENT CONFERENCE MINUTES</u>**

**Date:4/30/08**

**C-07-01527 SBA**              **JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>**

**Title: GREGORY GRANT CHAPMAN** vs**.US EEOC**
**Atty.:   <u>PRO PER</u>              <u>LIMBURGH PORTER</u>**

<u>              </u>          **<u>MOLLY AGARWAL</u>**

**Deputy Clerk:  Lisa R. Clark          Court Reporter:<u>        N/R       </u>**
**<u>PROCEEDINGS</u>**
Plt   DFT
( )  ( ) **1.<u>  TELEPHONE CMC - HELD                    </u>**
( )  ( ) **2.<u>                              </u>**
( )  ( ) **3.<u>                              </u>**
( )  ( ) **4.<u>                              </u>**
( ) **Motion(s)    ( ) Granted       ( ) Denied        ( ) Off Calendar**
            **( ) Granted/Part  ( ) Denied/Part  ( ) Submitted**
**() Order to be prepared by  ( ) Plaintiff  ( )Deft () Court**

**<u>RESULT OF CASE MANAGEMENT CONFERENCE</u>**
**Case Continued to<u>        </u>for a Telephone Case Management Conference at  p.m.**
**Case Continued to<u>            </u>for  OSC RE:<u>            </u>**
**Case Continued to<u>  6/24/08 @ 1:00 PM</u> for <u>MOTION TO DISMISS</u> Hearing**
**Brief Sched. Motion papers by<u>  5/20/08  </u> Opposition by <u> 6/3/08 </u>Reply by <u>6/10/08   </u>**
**General Discovery Cut-off<u>        </u>Expert Discovery Cut-off<u>        </u>**
**Plft to name Experts by<u>          </u>Deft to name Experts by<u>        </u>**
**All Dispositive Motions to be heard by ( Motion Cut-off)<u>          </u>**
**Case Continued to<u>            </u>for Pretrial Conference at 1:00 p.m.**
**Pretrial Papers Due<u>        </u>Motions in limine/objections to evidence due<u>     </u>Responses**
**to motions in limine and/or responses to objections to evidence due<u>     </u>**
**Case Continued to<u>        </u>for Trial(Court/Jury:<u>     </u>Days) at 8:30 a.m.**
**( ) REFERRED TO MAGISTRATE<u>          </u>FOR SETTLEMENT CONFERENCE**
**( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS**
**Notes: <u>C-07-1527 IS ORDERED DISMISSED AND SHOULD BE CLOSED; DEFENDANT TO</u>**
**<u>FILE MOTION TO DISMISS IN C-07-4775 ACCORDING TO THE SCHEDULE GIVEN AT</u>**
**<u>THIS CASE MANAGEMENT CONFERENCE AND SET ABOVE.</u>**
cc: