1  LINDBERGH PORTER, JR., Bar No. 100091
   MOLLY AGARWAL, Bar No. 247545
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:     415.433.1940
   lporter@littler.com,
5  magarwal@littler.com

6  Attorneys for Defendant
   SAN FRANCISCO CHRONICLE
7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | GREGORY GRANT CHAPMAN, Sr.,      | Case No. C07-04775 SBA (formerly CRB)
12 |          Plaintiff,              | **DEFENDANT SAN FRANCISCO CHRONICLE'S NOTICE OF MOTION AND MOTION TO DISMISS FRCP 12(b)(6)**
13 |     v.                           |
14 | THE CHRONICLE,                   | Date:    June 24, 2008
15 |          Defendant(s).           | Time:    1:00 p.m.
                                        Courtroom: 3, 3rd Floor
16                                      Trial Date: None Set

17

18

...

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693

DEFT'S NOTICE OF MOTION AND MOTION TO DISMISS    Case No. C07-04775 SBA

## NOTICE OF MOTION AND MOTION

TO PLAINTIFF GREGORY GRANT CHAPMAN, Sr. ("Plaintiff" or "Chapman"), IN PRO PER:

      PLEASE TAKE NOTICE that on June 24, 2008 at 1:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 3, 3rd floor, of the above-titled Court, located at 1301 Clay Street, Suite 400 S, Oakland, California, Defendant The San Francisco Chronicle ("Defendant" or "The Chronicle") will move this Court to dismiss the above-captioned complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The basis of the motion is:

      Under 12(b)(6), Plaintiff has failed to allege facts sufficient to state a claim, prima facie, or otherwise, or to adequately inform Defendant of his claims against it even after amendment.

Dated: May 20, 2008

By: _____
LINDBERGH PORTER, JR
MOLLY AGARWAL
Attorneys for Defendant
THE SAN FRANCISCO CHRONICLE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693

DEFT'S NOTICE OF MOTION AND MOTION TO DISMISS

1.

Case No. C07-04775 SBA