1  LINDBERGH PORTER, Bar No. 100091
   MOLLY AGARWAL, Bar No. 247545
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940
   Facsimile:    415.399.8490
5  E-mail: lporter@littler.com; magarwal@littler.com

6  Attorneys for Defendant
   SAN FRANCISCO CHRONICLE (IMPROPERLY
7  SUED AS SAN FRANCISCO NEWSPAPER
   AGENCY (THE CHRONICLE))
8
   GREGORY GRANT CHAPMAN, SR.
9  945 Danrose Drive #H
   American Canyon, CA 94503
10 Telephone:    707.648.7016

11 Plaintiff *In Pro Per*

12                     UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                            OAKLAND DIVISION

15 | GREGORY GRANT CHAPMAN, SR., | Case No.  CV07-01527 SBA |
16 | Plaintiff, | **PROOF OF SERVICE** |
17 | v. | |
18 | U.S. EEOC/ADA AND SAN FRANCISCO NEWSPAPER AGENCY (THE CHRONICLE) AND TEAMSTERS LOCAL 853 (FORMERLY 921), | |
19 | | |
20 | Defendants. | |

21
22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

CERTIFICATE OF SERVICE                                      CASE NO. C 07 01086 JF

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On May 20, 2008 I served the within document(s):

1. **DEFENDANT SAN FRANCISCO CHRONICLE'S NOTICE OF MOTION AND MOTION TO DISMISS FRCP 12(B)(6)**

2. **DEFENDANT SAN FRANCISCO CHRONICLE'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FRCP 12(B)(67)**

☒ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

Mr. Gregory Chapman, Sr.
945 Danrose Drive, Apt H
American Canyon, CA 94503

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 20, 2008, at San Francisco, California.

_____
Diane Jarest

Firmwide:84096496.1 052069.1020

CERTIFICATE OF SERVICE        2.        CASE NO. C 07 01086 JF