LINDBERGH PORTER, JR., Bar No. 100091
MOLLY AGARWAL, Bar No. 247545
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
lporter@littler.com, magarwal@littler.com

Attorneys for Defendant
SAN FRANCISCO CHRONICLE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GRANT CHAPMAN, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE CHRONICLE, <br><br> Defendant. | Case No. C07-04775 SBA (formerly CRB) <br><br> **[PROPOSED]** <br> **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** <br><br> Date: June 24, 2008 <br> Time: 1:00 p.m. <br> Courtroom: 3, 3rd Floor <br> Trial Date: None Set |

ORDER DISMISSING COMPLAINT                                         Case No. C07-04775-SBA

Defendant The San Francisco Chronicle's Motion to Dismiss came on regularly for hearing in Courtroom 3 of this Court on June 24, 2008, the honorable Saundra B. Armstrong presiding. Plaintiff Gregory Grant Chapman, Sr. appeared pro per and Molly Agarwal, Littler Mendelson, appeared on behalf of Defendant The San Francisco Chronicle.

The Court, having read and considered the pleadings submitted by counsel, and after full consideration of the evidence and the separate arguments submitted by each party, the authorities submitted by counsel, and the oral argument by counsel, finds that Plaintiff has failed to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

IT IS HEREBY ORDERED that Plaintiff's Amended Complaint be dismissed with prejudice.

Dated: June ___, 2008

_____
THE HONORABLE SAUNDRA B. ARMSTRONG

Firmwide:85288879.1 052069.1020

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

ORDER DISMISSING COMPLAINT    1.    Case No. C07-04775-SBA