Gregory Grant Chapman Sr
945 Dan Rose Drive Apt H
American Canyon, Ca.
94503
Telephone – 707-648 7016



FILED
JUN - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY GRANT CHAPMAN, Sr.,

    Plaintiff,

v.

THE CHRONICLE,

    Defendant(s).

Case No. C07-04775 SBA (formerly CRB)

Plaintiffs Opposition To Defendants motion to dismis

Date:    June 24, 2008
Time:    1:00 p.m.
Courtroom: 3, 3rd Floor
Trial Date:  None Set

~~DEFT'S MPA RE: MOTION TO DISMISS~~

Case No. C07-04775 SBA

I. Procedural Posture

Gregory Chapman ("Plaintiff" or "Chapman") filed Case Number C-07-01527 in March 2007, listing the United States Equal Employment Opportunity Commission ("EEOC"), Teamster Local 853 ("Teamsters"), and The San Francisco Chronicle ("Defendant" or "The Chronicle") as defendants. Eventually each defendant moved on various grounds to dismiss the action, The Chronicle having done so on July 2, 2007, based on Federal Rules of Civil Procedure 12(b)(6) and 12(e). This Court dismissed the complaint pursuant to the Chronicle's motion by Order dated September 6, 2007. Eleven days later, the Plaintiff re-filed the same complaint and that the clerk was made aware that it was a re-file (check civil cover sheet). The merits of this case never changed contrary to the defendants' statement May 20, 2008. The defendants "EEOC and Teamsters" were dropped due to them invoking crown, because their federal agency, and Teamster Local 853 because they were able to circumvent process of service.

The judge dismissed the original case C-07-01527 and allowed the re-file case to continue C-07-04775. The judge dismissed original case, but allowed the re-filed case to proceed with out prejudice. It is important that the merits of the case have never been litigated, and the reason the first case was dismissed was due to plaintiff's failure to file opposition to defendants' original motion to dismiss.

II. Introduction

The plaintiff alleges to claim pervasive discrimination based on race and sex. (See Turner documents, attachment A). The plaintiff can prove that the defendant used fraudulent statements to the court for the purpose of obstructing justice. See following attachments B, C, D, and E. Under FRCP rule 60 the judge is granted extraordinary discretion to correct an intentional act of fraud or obstruction. As a 45 year old African American male, the plaintiff is qualified as a protective class individual covered by Title 7.

Based on the company discriminatory practice and desperate treatment based on race and sex, the claimant can prove that he has suffered psychological, physical, family distress and financial devastation. (See attachment F).

We are refuting the motion to dismiss the defendant complaint based on

1. Failure to show entitlement.

2. Detailed factual allegations.

3. The plaintiffs' not being able to provide grounds other than labels and conclusions.

III.  Conclusion

What the defendant claims is, un-intelligible or inconclusive and unwarranted deductions of unreasonable inferences. We can prove through our evidence that the merits of our case are true and we prayfully ask the court to allow this case to continue to a jury trial.

Dated: June 3, 2008

Respectfully Submitted,

By: _____
Gregory G. Chapman

# HEALTH INSURANCE CLAIM — GROUP DISABILITY INCOME — ATTENDING PHYSICIAN'S STATEMENT

**PATIENT'S NAME AND ADDRESS:** Gregory G. Chapman, 1529 Alice St., Oakland, Ca  94612

**DATE OF BIRTH:** 8-5-63

**1. DIAGNOSIS AND CONCURRENT CONDITIONS:** Agoraphobia & panic; Depression;

**2. IS CONDITION DUE TO INJURY OR SICKNESS ARISING OUT OF PATIENT'S EMPLOYMENT? PREGNANCY? (IF "YES", APPROXIMATE DATE COMMENCED)**
Job Partly — more than 50%  YES ☒  NO ☐    YES ☐  NO ☒

**3. DATES OF SERVICES (IF PREVIOUS FORM SUBMITTED TO THIS CARRIER, YOU NEED SHOW ONLY DATES SINCE LAST REPORT):** 2-17-98 to 6-2-98 — 19 visits

**4. DATE SYMPTOMS FIRST APPEARED OR ACCIDENT HAPPENED:** 2-28-98

**5. DATE PATIENT FIRST CONSULTED YOU FOR THIS CONDITION:** 3-3-98

**6. PATIENT EVER HAD SAME OR SIMILAR CONDITION? (IF "YES" WHEN AND DESCRIBE)** YES ☒ NO ☐  Murder of friend 'disabled' pt. Pt had sub. attacks off & on before friend was murdered, for several years

**7. PATIENT STILL UNDER YOUR CARE FOR THIS CONDITION?** YES ☒ NO ☐

**8. PATIENT WAS CONTINUOUSLY TOTALLY DISABLED (UNABLE TO WORK):** FROM 2-28-98 THRU 6-2-98

**9. PATIENT WAS PARTIALLY DISABLED:** FROM _____ THRU _____

**10. IF STILL DISABLED, DATE PATIENT SHOULD BE ABLE TO RETURN TO WORK:** 7-6-98

**11. PATIENT WAS HOUSE CONFINED:** FROM N/A THRU

**12. DOES PATIENT HAVE OTHER HEALTH COVERAGE? (IF "YES" IDENTIFY)** YES ☐ NO ☐

**DATE:** 6-2-98
**PHYSICIAN'S NAME (PRINT):** Elden Joel van Gorder, PhD
**SIGNATURE:** Joel van Gorder
**DEGREE:** PhD
**TELEPHONE:** (707) 645-2700

**STREET ADDRESS:** 1761 Broadway #100, **CITY OR TOWN:** Vallejo, **STATE:** Ca  **ZIP CODE:** 94589

**REMARKS:**


SAN FRANCISCO NEWSPAPER AGENCY
Transportation

FROM: John Palm

TO: Gregory Chapman

DATE: October 27, 1993

SUBJ: Mt.View Office Incident
September 29, 1993

RECEIVED
NOV 0 5 1993

Based on my findings regarding the incident at the Mtn View office on Monday, September 29, 1993, specifically your attitude towards a management employee in the course of your duties, you are being warned that any futher incidents of insubordination will not be tolerated. Disciplinary action can, and will be taken.

Union and company procedures require that you perform any duty asked of you, and if you have a problem, you are to persue your grievance rights through the proper channels.

cc: A. Sarantitis
    Local 921
    file

Copy B. Cutter
"    R. Jordon

ARRESTED: TURNER, Angela D.; WFA; 10-23-55

ATTACHMENTS:

Item No. 1 - Citizen's Arrest Form signed by CHAPMAN.
Item No. 2 - Miranda Card signed by TURNER.
Item No. 3 - Mountain View Citation No. G325505.

INVESTIGATION:

On 09-20-93 at approximately 0543 hours, I responded to the report of a battery at 2425 Leghorn Avenue in Mountain View.

Upon my arrival, I contacted CHAPMAN. CHAPMAN said he was a truck driver for the San Francisco Newspaper Agency. CHAPMAN said today, at approximately 0530 hours, he delivered a load of newspapers to the Mountain View office. He said after he had unloaded most of the newspapers he was contacted by TURNER who is the supervisor of the Mountain View branch office. CHAPMAN said TURNER advised him that he was two bundles short. He said he disagreed, and they began to argue. CHAPMAN said while they were arguing, TURNER reached out and grabbed his right arm, shook it, and said, "You need to listen to me." He said he stepped back and pulled his arm away from TURNER. CHAPMAN said TURNER then turned around and walked into her office. He said while TURNER was in her office, he used the telephone and called his workplace. CHAPMAN said approximately five minutes later TURNER came out of her office and again confronted him about the shipment. He said he got upset and called TURNER a "dyke." CHAPMAN said TURNER then got upset and said, "Well, fuck you." He said TURNER then turned around and walked away, and he went back to his truck. CHAPMAN said he did not touch or hit TURNER at any time. He said when TURNER grabbed him she used her right hand and grabbed his left arm. CHAPMAN had no visible injuries and said he was not injured. He said he wished criminal prosecution against TURNER for battery and signed the citizen's arrest form.

I then contacted SANDIFER, the officer manager of the Mountain View office, who said he was standing approximately 5' to 7' away from CHAPMAN and TURNER during the argument. SANDIFER said CHAPMAN and TURNER were arguing about a shipment of newspapers. He said during the argument TURNER reached out, grabbed CHAPMAN by his left arm, and said, "I always touch people." SANDIFER said CHAPMAN stepped back, and they continued to argue. He said TURNER and CHAPMAN then walked into the business out of his view. SANDIFER said prior to TURNER grabbing CHAPMAN, she was standing approximately 3' away from him. He said TURNER used her right hand and grabbed CHAPMAN by his left arm.

I then walked with CHAPMAN into the business and he pointed out TURNER to me. I contacted TURNER and advised her of her Miranda rights, which she said she understood and agreed to waive. I asked her if she was involved in a verbal altercation with CHAPMAN, and she said yes. I then advised TURNER that CHAPMAN had placed her under citizen's arrest for battery. She said today at approximately 0530 hours CHAPMAN delivered newspapers from the

ATL/S27840930a/3

# CITY OF MOUNTAIN VIEW POLICE DEPARTMENT

CA0431100

- ☐ F
- ☒ M
- ☐ I
- ☐ S

- ☐ Domestic Violence
- ☐ Victim Violent Crime
- ☒ Assault
- ☐ Gang Related
- ☐ Bias Crime
- ☐ Special Event Related
- ☐ AOPO
- ☐ Over 60

Weapon: HANDS - CHEST

Case Number: 93-12101
Beat Number: B-3

## CRIME

- Crime/Incident: BATTERY
- Primary Code: P.C. 242
- Property Loss: $
- Prop. Recovered: $
- Prop. Damaged: $
- Location: 2425 LEGHORN AVENUE, MTN. VIEW
- Business Name: SAN FRANCISCO NEWS
- Date Rptd: 9-20-93
- Time Rptd: 0543
- Occurred On Or Between:
  - Date: 9-20-93
  - Day: MON.
  - Time: 0540

## VICTIM

- NAME: CHAPMAN, GREGORY GRANT
- Race: B
- Sex: M
- DOB: 8-5-63
- Age: 30
- Occupation: TRUCK DRIVER
- Residence Address: 317 WARWICK AVE. #302
- City: OAKLAND
- State: CA
- Zip: 94610
- Res. Phone: (510) 893-7543
- Business Address: 100 FIFTH STREET
- City: SAN FRANCISCO
- State: CA
- Zip: 94103
- Bus. Phone: (415) 777-7777

Codes: V-Victim   W-Witness   P-Parent   RP-Reporting Party   S-Subject   D-Deceased   DC-Discovered Crime   O-Owner

## INVOLVED PARTIES

- Code: W
- NAME: SANDIFER, JEFFERY RAY
- Race: W
- Sex: M
- DOB: 1-25-58
- Age: 35
- Occupation: MANAGER
- Residence Address: 770 OPAL DRIVE #2
- City: SAN JOSE
- State: CA
- Zip: 95112
- Res. Phone: (408) 261-3725
- Business Address: 2435 LEGHORN AVENUE
- City: MTN. VIEW
- State: CA
- Zip: 94040
- Bus. Phone: (415) 969-3563

## SUSPECT/ARRESTEE

#1 Name: [redacted]   AKA:
- Race: W
- Sex: F
- Age: 37
- DOB: 10-23-55
- HT: 508
- WT: 145
- Hair: BLK
- Eyes: BRN
- DL#: [redacted]
- State: CA
- Residence Address: 13491 WARD AVENUE
- City: SARATOGA
- Phone: [redacted]
- Business Address/City/Phone: 2425 LEGHORN AVE. MTN. VIEW
- Add'l Arrestee Information: N/A
- Booking Charges: N/A

#2 Name: (blank)

**MOUNTAIN VIEW POLICE DEPT**
**CONTROLLED DOCUMENT**
**DO NOT DUPLICATE**

## VEHICLE

(blank)

- Reporting Officer: M SOQUI
- CJIC#: 62784
- Indexed By: [initials]
- Copies Made: [initials]

PD 1 (Rev 7-92)

Case # 93-12101

| WEAPON | CLOTHING | HAIR STYLE | HAIR LENGTH | APPEARANCE | DEMEANOR |
|---|---|---|---|---|---|
| Type_____ Model_____ Caliber_____ Color_____ | Hat_____ Mask_____ Glasses_____ Body Clothing (Colors-Descriptions)_____ | ☐ Afro ☐ Braided ☐ Cornrow ☐ Crew Cut ☐ Flat Top ☐ Greasy ☐ Jeri Curls ☐ Long ☐ Military ☐ Pony Tail ☐ Receding ☐ Short ☐ Straight ☐ Wig ☐ Wavy/Curly ☐ Other_____ | ☐ Bald ☐ Collar ☐ Long ☐ Medium ☐ Receding ☐ Shaved ☐ Short ☐ Thick ☐ Thinning ☐ Other_____ | ☐ Casual ☐ Clean ☐ Dirty ☐ Disguise ☐ Flashy ☐ Good Looking ☐ Military ☐ Unkempt ☐ Unusual ☐ Well Groomed | ☐ Angry ☐ Apologetic ☐ Calm ☐ Irrational ☐ Nervous ☐ Profane ☐ Polite ☐ Professional ☐ Violent |
| R/L HANDED | Pants/Type_____ Gloves/Type_____ Shoes/Type_____ | | FACIAL HAIR | SPEECH | COMPLEXION |
| ☐ Unknown   ☐ Right ☐ Both     ☐ Left | | | ☐ Unk type Beard ☐ Clean Shaven ☐ Full Beard ☐ Fu man chu ☐ Goatee ☐ Lower Lip Hair ☐ Mustache ☐ Short Beard ☐ Side Burns ☐ Unshaven | ☐ Accent ☐ Disguised ☐ High Pitch ☐ Low Pitch ☐ Loud ☐ Lisp ☐ Rapid ☐ Slow ☐ Soft ☐ Stutter ☐ Talkative | ☐ Acne ☐ Dark ☐ Freckled ☐ Light ☐ Medium ☐ Pock Marked ☐ Reddish ☐ Tanned |
| TATTOO/SCARS/MARKS/MISSING LIMB | | | | | |
| ☐ Tattoo ☐ Scar ☐ Marks ☐ Missing Limb | | | | | |
| Location_____ Description_____ Location_____ Description_____ Location_____ Description_____ Location_____ Description_____ | | | | | |

(Second identical block repeated below)

| ITEM # | CODE | QUANTITY | ARTICLE | BRAND | SER# | MODEL | DESCRIPTION/LOCATION | VALUE |
|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | |

AT APPROX. 0540 HOURS, CHAPMAN AND [REDACTED] WERE INVOLVED IN AN ARGUMENT IN WHICH [REDACTED] GRABBED CHAPMAN'S ARM. CHAPMAN SUBSEQUENTLY PLACED [REDACTED] UNDER CITIZENS ARREST.

SEE NARRATIVE.

**MOUNTAIN VIEW POLICE DEPT**
**CONTROLLED DOCUMENT**
**DO NOT DUPLICATE**

INVESTIGATIONS
Dusted For Latents_____
Victim Photographed_____
Photo/Impression Taken_____

☐ Scene Photographed
☐ Vehicle/shoe Tracks
☐ Neighborhood Checked

☐ Tool Marks
☐ Diagram of Scene

CIDENT INVESTIGATION
ne 60 MIN     Report Writing Time 30 MIN     Time Report Completed 0800

d'tional Officer(s):     CJIC#     Supervisor:
N/A                              SGT. WEIK

CASE # C07-1527-SBA

PROOF OF SERVICE

I, Gregory Grant Chapman, Sr of legal age and a resident of California served the following documents:

Delivered

By ~~MAILING~~ a true copy of the documents listed above via United States Postal Service with certificate of mailing to the address set forth below.

*Gregory G. Chapman, Sr.*
Gregory G. Chapman, Sr.

Dated 6/3/08

CASE NO. C07-1527-SBA