1  LINDBERGH PORTER, JR., Bar No. 100091
   MOLLY AGARWAL, Bar No. 247545
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:     415.433.1940
   lporter@littler.com, magarwal@littler.com
5
   Attorneys for Defendant
6  SAN FRANCISCO CHRONICLE

7

8                UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  GREGORY GRANT CHAPMAN, Sr.,          Case No. C07-04775 SBA (formerly CRB)

               Plaintiff,                **[PROPOSED]**
12                                       **ORDER GRANTING DEFENDANT'S**
        v.                               **MOTION TO DISMISS**
13
    SAN FRANCISCO CHRONICLE,             Date:    June 24, 2008
14                                       Time:    1:00 p.m.
               Defendant(s).             Courtroom: 3, 3rd Floor
15                                       Trial Date: None Set

16

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA  94108.2693
415.433.1940

**PROPOSED ORDER**                                **Case No. C07-04775-SBA**

1  Defendant The San Francisco Chronicle's Motion to Dismiss came on regularly for
2  hearing in Courtroom 3 of this Court on June 24, 2008, before the honorable Saundra B. Armstrong
3  presiding.  Plaintiff Gregory Grant Chapman, Sr. appeared pro per and Lindbergh Porter and Molly
4  Agarwal, Littler Mendelson, appeared on behalf of Defendant The San Francisco Chronicle.
5  The Court, having read and considered the pleadings submitted by counsel, and after
6  full consideration of the evidence and the separate arguments submitted by each party, the
7  authorities submitted by counsel, and the oral argument of the parties, finds that Plaintiff has failed
8  to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure
9  12(b)(6).
10  IT IS HEREBY ORDERED that Plaintiff's Amended Complaint be dismissed with
11  prejudice.

Dated: June ___, 2008

_____
THE HONORABLE SAUNDRA B. ARMSTRONG

Firmwide:85494852.1 052069.1020

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA  94108.2693
415.433.1940

**PROPOSED ORDER**                    1.                    **Case No. C07-04775-SBA**