1  LINDBERGH PORTER, Bar No. 100091
   MOLLY AGARWAL, Bar No. 247545
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940
   Facsimile:    415.399.8490
5  E-mail: lporter@littler.com; magarwal@littler.com

6  Attorneys for Defendant
   SAN FRANCISCO CHRONICLE (IMPROPERLY
7  SUED AS SAN FRANCISCO NEWSPAPER
   AGENCY (THE CHRONICLE))
8
   GREGORY GRANT CHAPMAN, SR.
9  945 Danrose Drive #H
   American Canyon, CA 94503
10 Telephone:    707.648.7016

11 Plaintiff *In Pro Per*

12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                          OAKLAND DIVISION
15

16 | GREGORY GRANT CHAPMAN, SR., | Case No. CV07-01527 SBA |
   |---|---|
17 | Plaintiff, | **PROOF OF SERVICE** |
   | v. | |
18 | U.S. EEOC/ADA AND SAN FRANCISCO NEWSPAPER AGENCY (THE CHRONICLE) AND TEAMSTERS LOCAL 853 (FORMERLY 921), | |
19 | | |
20 | Defendants. | |

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**                                    CASE NO. C 07 01086 JF

1  I am a resident of the State of California, over the age of eighteen years, and not a
2  party to the within action. My business address is 650 California Street, 20th Floor, San Francisco,
3  California 94108.2693. On June 11, 2008 I served the within document(s):

4  **1. DEFENDANT SAN FRANCISCO CHRONICLE'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS;**
5
6  **2. [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

7  [X]  by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.
8
9
10  [ ]  by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

11  Mr. Gregory Chapman, Sr.
12  945 Danrose Drive, Apt H
   American Canyon, CA 94503
13

14  I am readily familiar with the firm's practice of collection and processing
15  correspondence for mailing and for shipping via overnight delivery service. Under that practice it
16  would be deposited with the U.S. Postal Service or if an overnight delivery service shipment,
17  deposited in an overnight delivery service pick-up box or office on the same day with postage or fees
18  thereon fully prepaid in the ordinary course of business.

19  I declare that I am employed in the office of a member of the bar of this court at
20  whose direction the service was made. Executed on June 11, 2008, at San Francisco, California.

21
22                                                    _____
                                                        Diane Jarest
23  Firmwide:85528740.1 052069.1020

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATE OF SERVICE                2.                CASE NO. C 07 01086 JF