IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY GRANT CHAPMAN, Sr.,

    Plaintiff,

v.

THE CHRONICLE,

    Defendant.

No. C07-04775 SBA

**ORDER**

The hearing on Defendant's Motion to Dismiss [Docket No. 11] currently set for June 24, 2008 is VACATED. The motion will be considered on the papers. Should the Court require a hearing, the parties will be notified.

IT IS SO ORDERED.

Dated: 6/11/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHAPMAN et al,

        Plaintiff,

v.

SF CHRONICLE et al,

        Defendant.

Case Number: CV07-04775 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Grant Chapman
945 Danrose Drive #H
American Canyon, CA 94503

Dated: June 12, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk