counseling but attached you will find that the treating physician at the time qualified it as an industrial job related injury and I am currently being treated for severe depression. So in denying my claims, the only thing they have done is successfully impeded my recovery. Again, Dr. Sampson's primary objection to me having corrective surgery on my right foot because I am diabetic seem disingenuous at best since it has already been demonstrated that with the necessary precautions , the risk would be marginal and the surgery a successful one. I am convinced there are two negative factors that loom paramount in my treatment. One being the enmity that exists between Dr. Sampson and my treating physician ,Dr. Grotz.It is Dr. Sampson's disdain that has created a bias and undoubtedly affected the quality of my care and response to treatment. More than anything, it has been these decisions along with non-authorization that has halted my rehabilitation.

Secondly, I strongly believe there is a conflict of interest that exist when a self-insured company , such as the SFNA, is allowed to operate in a self-governing capacity that only serves its own best interest. For the sake of a global settlement, this same agency has made all my worker's compensation claims rateable and with merit but only at a wholesale level. It is this hypocrisy that has created a human blue book that offers the injured worker the worst possible form of dramatic human insult because it is deliberate.

I think it 's clear that Dr. Sampson's report raises reasonable doubt and only demonstrates that by further withholding treatment, there is no reasonable path to recovery and his diagnosis of permanent and stationary is largely based on the continuous denial of treatment and in fact undoes his declaration of permanent and stationary status because all remedies to return me back to work have not been exhausted.

**So my proposal is as follows:**

1. **Be granted authorization to have surgery on my right foot and be allowed to explore the possibility of returning to modified or full duty.**
2. **Be allowed to go to physical therapy on a 6-month program then return to modified /alternate duties.**
3. **Develop an equitable severance package based on years of servitude to start a new vocation and ending a career.**

**I would appreciate your response within 10 days of your receipt of this letter .**

In retrospect, I feel that I have been placed on a shore staring out across tomorrow and the bridge I need to get there will be a bridge that I have been forced to burn.

Sincerely,

Gregory Grant Chapman, Sr.



**San Francisco Chronicle**

a Hearst Newspaper

December 18, 2000

Gregory Chapman
735 Larchmont Dr.
Daly City, Ca  94015

Dear Gregory,

Congratulations!  Your diligent efforts toward safe driving and your good attendance record have qualified you for 2 quarter(s) in our Drivers' Safety Program.  By qualifying, you join an elite group who will be receiving the previously announced monies, which will be divided respectively.

It gives me great pleasure to acknowledge your excellent driving record this past year and my hope is that this award will inspire you to maintain your accident-free record in the future.

Sincerely,

Leslie Yee
Transportation Manager

cc: file

Exhibit C

901 MISSION STREET, SAN FRANCISCO, CA 94103 415-777-5700

CHECK NO. 246278

**SAN FRANCISCO NEWSPAPER AGENCY**
*Agent of*
**San Francisco Chronicle  San Francisco Examiner**
925 MISSION STREET   SAN FRANCISCO CA 94103

MO.   DAY   YR.
12/15/00

PAYROLL
ACCOUNT

**THE FACE OF THIS DOCUMENT HAS A GREEN COLORED BACKGROUND**
PRESENT THIS CHECK WITHIN 60 DAYS OF DATE

11-49/1210

PAY TO THE ORDER OF:

GREGORY G CHAPMAN          EXACTLY
DRIVERS/TRANSPORTATION S.F  **EIGHTY-FIVE AND 65/100 DOLLARS
SAN FRANCISCO  CA

NET PAY *****85.65

SAN FRANCISCO NEWSPAPER AGENCY

**UNION BANK**
Northern California Regional Office
350 California Street
San Francisco, CA 94104

⑈246278⑈ ⑆121000497⑆ 238000825⑈

| EMPLOYEE NAME | | | EMPLOYEE ID. | PAY PERIOD ENDING | CHECK NO. |
|---|---|---|---|---|---|
| GREGORY G CHAPMAN | | VACATION BAL | 515552555 | 12/17/00 | 246278 |
| FEDERAL/STATE TAX CODES | | | | | DEPARTMENT |
| S4S  S03 | | | .73 | .00 | 00570110 |

| GROSS PAY | TAXABLE GROSS | TAXES | OTHER | | NET PAY |
|---|---|---|---|---|---|
| CURRENT | 100.00 | 100.00 | 14.35 | 0.00 | 85. |
| YEAR TO DATE | 29,331.28 | 28,338.28 | 2407.49 | | |

| TYPE OF PAY | HRS./SHIFTS | GROSS AMOUNT | TYPE OF DEDUCTION | AMOUNT | TYPE OF DEDUCTION | AMOUNT |
|---|---|---|---|---|---|---|
| AWARDS | | 100.00 | FICA/OASDI | 6.20 | -----YEAR-TO-DATE----- | |
| | | | MEDICARE | 1.45 | FICA/OASDI | 1,136. |
| | | | STATE T-CA | 5.00 | FEDERAL TA | 153. |
| | | | STATE DISA | 0.73 | STATE T-CA | 733. |
| | | | | | STATE DISA | 153. |
| | | | | | MEDICARE | 265. |
| | | | | | TEAMSTER D | 300. |

SAN FRANCISCO NEWSPAPER AGENCY

*Exhibit C*

*Law Offices of*

# LAUGHLIN
# FALBO
# LEVY &
# MORESI LLP

*A Limited Liability Partnership*

99 DRUMM STREET
SAN FRANCISCO, CALIFORNIA 94111-4805
TELEPHONE (415) 781-6676
FACSIMILE (415) 781-6633

July 19, 2005

ANAHEIM
TELEPHONE (714) 385-9400

FRESNO
TELEPHONE (559) 431-4900

OAKLAND
TELEPHONE (510) 628-0496

PASADENA
TELEPHONE (626) 568-9700

REDDING
TELEPHONE (530) 222-0268

SACRAMENTO
TELEPHONE (916) 441-6045

SAN BERNARDINO
TELEPHONE (909) 890-2265

SAN DIEGO
TELEPHONE (619) 233-9696

SAN JOSE
TELEPHONE (408) 286-8801

SANTA MONICA
TELEPHONE (310) 392-8101

Gregory Chapman
38 Sarcedo Way
American Canyon, CA 94503

Re:     Gregory Chapman v. San Francisco Chronicle and Claims Management, Inc.
        WCAB Case No: SFO 418099, SFO 395593
        LFLM No:     031-96218

Dear Mr. Chapman:

We acknowledge with thanks yours of July 7, 2005.

Since we had heard nothing from your prior attorney for some time, we were planning to have you examined by an orthopedist and then move this matter to calendar. Dr. Sampson is no longer doing these medical-legal examinations. Hence, we will be scheduling you with Dr. Ferretti.

In the interim, we will extend to you the offer we were in the process of making to Ms. Zohar. Assuming you were off the payroll, we are willing to pay $25,000, less advances, in return for a Compromise and Release of your claims.

Let us know if this is agreeable.

Thank you for your consideration.

Very truly yours,

LAUGHLIN, FALBO, LEVY & MORESI LLP

By:

James R. Wesolowski, Esq.

JRW/lc
cc:     see page two

July 7, 2005

San Francisco Chronicle
901 Mission Street
San Francsico, CA 94103
Attn.: Mr. Jay Thomas

Dear Mr. Thomas:

 I hope this letter finds you well.

I am writing you because approximately a year and a half ago, I was involved in a meeting that took place at 39 Drumm Street, SF, CA at the law offices of Laughlin, Falbo, Levy and Moresi, LLP. It was attended in person by Jim Wesolowski, counsel for SFNA, Vocational Rehab Counselor, Dr. Robert Cottle, my former attorney, Pazit Zohar, , and representing Human Resources, to the best of my recollection was Jennifer Huber and myself. It also was attended telephonically by a second person representing Human Resources and also your predecessor, Mr. Marco Gualco, who I believe at that time held your current position of Assistant Transportation Manager.

It was agreed in this meeting that the Agency would work with Dr. Cottle and Ms. Zohar in drawing up a list of preclusions that would be used to qualify me in possibly returning to employment in the Transportation Department under the Agency's Modified Work Program.

After a year and a half, I would like to find out where the list of preclusions is and would also like a copy of the Modified Work Program for returning to work to the Transportation Department.

I would very much appreciate your timely response to my letter.

Again, I hope you and your family are well.

Sincerely,


Gregory Grant Chapman, Sr

Cc: Laughlin, Falbo,Lvey , Moresi LLP
     Robert Cottle

07-24-1995 12:48PM   FROM Teamsters, Local 921        TO        6210536    P.01

# NEWSPAPER AND PERIODICAL DRIVERS AND HELPERS

*AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS*

(415) 957-0900.

**LOCAL NO. 921**

450 HARRISON ST.,            SAN FRANCISCO, CALIF. 94105



November 23, 1994

<u>By Fax and Mail</u>

Richard Jordan,
    V.P./Employee Relations
San Francisco Newspaper Agency
925 Mission Street
San Francisco, California  94103

    Re:   Information Request --
          G. Andrade, G. Chapman, P. Clark, J. Frier, Alv. Garcia,
          R. Galves, E. Jacobson, J. Micheletti, J. Leal, M. Louie,
          R. Maxson, Manny Paez Jr., Mike Paez, A. Paez, J. Panigada,
          P. Quinn, J. Sandifer, D. Vasay, L. Wyatt

Dear Mr. Jordan:

    Kindly provide the Union all the information in the possession
or control of the Agency, its agents or employees which implicates
or tends to implicate, or which exonerates or tends to exonerate,
any or all of the above employees in misconduct.  The misconduct we
are referring to, of course, is the actions or inactions that the
Agency relied upon (or now relies upon) by not allowing the above
mentioned employees to return to work since November 14, 1994.

    The Union's information request specifically includes but is
not limited to a request for all film, video recorder, audio tape
and snapshot evidence meeting the above description.

                    Very truly yours,

                    Richard H. Collins
            Business Representative, Local 921

RC:bn
cc:  affected employees

# NEWSPAPER AND PERIODICAL DRIVERS AND HELPERS

*AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS*

(415) 957-0900

**450 HARRISON ST.,**          SAN FRANCISCO, CALIF. 94105

## LOCAL NO. 921



November 28, 1994

BY FAX AND MAIL

Richard Randles, Metro Circulation
  Manager, San Francisco
San Francisco Newspaper Agency
925 Mission Street
San Francisco, California  94103

     Re:  G. Andrade, G. Chapman, P. Clark, J. Frier,
          Alv. Garcia, R. Galves, E. Jacobson,
          J. Micheletti, J. Leal, M. Louie, R. Maxson,
          Manny Paez Jr., Mike Paez, A. Paez, J. Panigada,
          P. Quinn, J. Sandifer, D. Vasay, L. Wyatt

Dear Mr. Randles:

     Kindly accept this correspondence as the Union's notice to
the Agency that it intends to grieve, and by this letter does
grieve the November 14, 1994 (or by subsequent notice on or
before November 21st), disciplinary actions taken against the
above-named employees.

     The Union requests a Step 1 meeting, within 5 days, as set
forth in Section 32 of our Agreement.

                              Very truly yours,

                              Richard H. Collins
                         Business Representative, Local 921

RC:
opeiu-3-afl-cio

cc: Richard J. Jordan

Richard Randles,
   Metro Circulation Manager
December 8, 1994
Page Two.

Agency precluded as a matter of equity or barred as a matter of
contract from untimely tendering a reason for suspension or dis-
charge; and, further, are the grievants, or any one or more of
them, entitled as a matter of equity or contract to be reinstated
immediately or at some other time, with full backpay and bene-
fits?"

      In an effort to consider "all the facts and conditions sur-
rounding the discharge [or the 'suspension pending investiga-
tion']" the Union wishes to hear witnesses and take evidence as
authorized by our Agreement.  Accordingly, the Union requests the
presence at said Joint Standing Committee of all Company wit-
nesses.

      Please contact me in enough time to allow for a Joint Stand-
ing Committee meeting within the prescribed time.  Thank you,
kindly.

                              Very truly yours,

                              Richard H. Collins
                    Business Representative, Local 921

RC:
cc: each grievant
    Richard J. Jordan

opeiu-3-afl-cio

## SAN FRANCISCO NEWSPAPER AGENCY
*Agent of*

## San Francisco Chronicle   San Francisco Examiner

February 28, 2000

Gregory G. Chapman
735 Larchmont Dr.
Daly City, CA 94015

Dear Mr. Chapman:

This letter is in response to your inquiry about the incidents that took place on November 14, and November 29, 1999.

Regarding the November 14 incident in which you were penalized one day's pay for reporting to work 15 minutes late, although you had a verbal warning, the front office has no documentation to support this. Therefore, I will reimburse you that day's pay. Please note that this letter will serve as your first written warning concerning tardiness.

Regarding the second incident which took place on November 29 in which you were also penalized a day's pay for "disrupting dock operations" and using profanity, several drivers were interviewed, but comments were very vague.

I applaud you for volunteering to remove yourself from this bid shift to a casual dispatch in order to keep the peace. Moreover, that sacrifice by you leads me to believe that you are willing to put a close to this incident. Providing you are not involved in any disciplinary counseling or action for a six-month period starting December 2, 1999, I will reimburse that day's pay.

If you have any questions or concerns please feel free to call me at (415) 777-7528.

Sincerely,

Leslie Yee, Manager
Transportation Department

cc: File

USPS - Track & Confirm

 

Home | Sign In | Find ZIP Codes | Calculate Postage | Change Address | Locate Post Offi
Track/Confirm

Introduction
Ship
Rates
Supplies
Web Tools

 **Shipping Solutions** *Track & Confirm*



**Delivery Status**

You entered 03001290000801814887

Your item was delivered at 10:45 am on March 14 in DALY CITY CA 94015.

Track & Confirm

Enter number from ship receipt:


Keyword/Search

**POSTAL INSPECTORS**
Preserving the Trust

site map | contact us | FAQs | search | keywords
Copyright © 1999-2001 USPS. all rights reserved.   Terms of Use Privacy Commi

## U.S. Postal Service Delivery Confirmation Receipt



Postage and Delivery Confirmation fees must be paid be__ ˄ailing.

Article Sent To: (to be completed by mailer)



*(Please Print Clearly)*

DELIVERY CONFIRMATION NUMBER:

7 4 8 8 7 0 1 8 1 0 0 0 8 1 2 9 0 0 3 0 0

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries: Access
internet web site at www.usps.com
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

☐ Priority Mail

☐ Standard Mail (B)

(See Reverse)

PS Form 152, March 1999

April 11,2003

EEOC
901 Market St. 5th Fl.
San Francisco ,CA 94103
Attn.: Human Resources Dept.

To Whom It May Concern:

Please assist me on educating myself on your policies and regulations pertaining to your past and present  mailing procedures ( outgoing mail),specifically , the Right-to-Sue letter.

It is my understanding that they are customarily sent out via regular ,standard first class mail, with normal delivery being 3-5 days and this has been your practice for some time now ( approximately more than 5 yrs.).

Your assistance in helping me verify this information would be greatly appreciated.

If possible, please also include any revisions or changes in any public record statements. *Your prompt response within 5 days of the date of this letter would be very helpful.*

Sincerely,

Gregory Grant Chapman, Sr.

April 11,2003

EEOC
San Francisco District Office
901 Market St., 5th Fl.
San Francisco CA 94103
Attn.: Mr. Terry Knapp

Dear Mr. Knapp:

I would appreciate your assistance in clarifying what your office's procedures are in regards to the Right-to-Sue letter.

I would like to find out :

**A). How soon after as decision is rendered ,is the Right-to-Sue letter sent to the Claimant.**
**B)How is the letter sent? (regular mail,delivery confirmation, certified?)**
**C) How long have the above procedures been in place?**

**As this is a time-sensitive matter, I would appreciate a response within 10 days from the date of this letter.**

Sincerely,

Gregory Grant Chapman Sr.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office

901 Market Street, Suite 500
San Francisco, CA 94103
(415) 356-5100
TTY (415) 356-5098
FAX (415) 356-5126

April 15, 2003

Gregory Grant Chapman, Sr.
1398 Hale Street
Vallejo, CA 94591

RE:    Gregory Chapman, Sr. v. S.F. Newspaper Agency
       EEOC Charge 370-A1-0065

Dear Mr. Chapman:

I am in receipt of your letters dated April 11, 2003 and April 14, 2003, requesting information on the Commission's mailing procedures for Notices of Right to Sue. A review of your case file shows that you were mailed the Notice of Right to Sue in the above referenced case via certified mail on March 13, 2001 (Confirmation Number 03001290000801814887). Approximately two years ago, this office stopped mailing Notices of Right to Sue via certified mail. They are now sent via regular, first class mail. I am unable to provide you with a definitive response as to what constitutes a "normal delivery" time, since the Commission is not involved in the mail delivery process. Your inquiry would be more appropriately directed to the U.S. Postal Service.

One of your letters requested information on how soon a Right to Sue letter is sent to the claimant once the Commission has made its determination. This office attempts to send these letters as expeditiously as possible.

If you have further questions, please contact me at (415) 356-5074.

Sincerely,

Adria Boetig

Adria Boetig
Enforcement Supervisor

"resignation
Letter"                    January 15, 1996

Dear Chuck,
        On January 15, 1995 I
was injured while working in
City Streets. I have still been
under doctors care for the injury.
        I have prused another job
since I have problems preforming my
duties at S.F.N.A., mainly lifting.
        I therefore wish to resign
as of today's date. Please respond
to this letter and let me
know if anything else is needed.

                    Thank you,

                    Anthony A. Saab
                    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
                    1256 Glen Drive
                    San Leandro, CA. 94577
                    510-633-0159

# SAN FRANCISCO NEWSPAPER AGENCY
### AGENT OF
**San Francisco Chronicle** **San Francisco Examiner**

Human Resources Dept., 925 Mission Street, San Francisco, CA 94103

## EMPLOYMENT APPLICATION

The San Francisco Newspaper Agency is an equal opportunity employer. Applicants will receive consideration for employment based solely on individual qualification without regard to race, religion or creed, color, age, sex, sexual orientation, national origin, ancestry, veteran or marital status, citizenship status or disability as required by applicable state and federal equal employment opportunity laws.

**NOTE:** Only completed applications will be evaluated. Incomplete information or "See Resume" responses will cause rejection of your employment application.

FOR HUMAN RESOURCES DEPT. USE ONLY
Test Administered:    Test Score    P/F
Notes: 12/24/97 failed phip

1 - EXACT TITLE OF POSITION FOR WHICH YOU ARE APPLYING: DRIVER
2 - DATE AVAILABLE TO BEGIN WORK? 12-1-97
3 - NAME: SAAB (Last) Anthony (First) A (M.I.)
4 - ADDRESS: 1256 (Number) GLEN (Street) DRIVE   Apt. No.
5 - CITY: SAN LEANDRO   State: CA.   Zip: 94577
6 - HOME PHONE: 510-633-0554
7 - BUSINESS PHONE: 650-593-7853

8 - SOCIAL SECURITY NO. 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
9 - Have you ever been convicted of a felony? YES ☐ NO ☒
10 - Driver License No. and State: C-5309800   Is it currently valid? YES ☒ NO ☐
11 - In the past 3 years, have you been denied a driver's license...? YES ☒ NO ☐

12 - Were you previously employed by the San Francisco Newspaper Agency? YES ☒ NO ☐ 10-17-90

13 - Have you ever been dismissed from employment...? YES ☐ NO ☒

14 - ...legally eligible to work in the U.S.A.? YES ☒ NO ☐

15 - HIGH SCHOOL: Circle highest grade completed: 9 10 11 (12) GED
16 - DID YOU GRADUATE? YES ☒ NO ☐

17 - NAMES OF COLLEGES/UNIVERSITIES ATTENDED: UNIV. OF OKLA.  No. of years completed: 2  BUSINESS  Degree Awarded: No X

18 - OTHER RELEVANT COURSES AND TRAINING: HAZ-MAT TRAINING   NAME & LOCATION OF INSTITUTION: RANCHO MURIETA CA. - 56 hr course   Date Ended: 2-91

19 - PROFESSIONAL LICENSE OR CERTIFICATE, IF REQUIRED

20 - Skills, if Required for this Position: Typing Speed: ___ wpm  10 Key: ___ keystrokes
21 - OTHER SKILLS:

# SAN FRANCISCO
## NEWSPAPER AGENCY

*Agent of*

### San Francisco Chronicle    San Francisco Examiner

**CERTIFIED**

RECEIVED

JAN 0 5

HUMAN RESOURCES DEPT.

January 2, 1996

RECEIVED

JAN 0 5 1996

HUMAN RESOURCES DEPT.

Anthony Saab
2031 109th Avenue
Oakland, CA    94603

Dear Anthony:

It has come to our attention that you have not made yourself available for work since 10/15/95.

You are hereby put on notice that your failure to contact this office and avail yourself for employment will constitute Job Abandonment.

Sincerely,

Leslie Yee
Transportation Manager

cc:    B. Cutter
       A. Sarantitis
       Local 921

PAGE     1

SAN FRANCISCO NEWSPAPER AGENCY
EMPLOYMENT VERIFICATION
AS OF  09/09/97

EMPLOYEE NAME   :   SAAB,ANTHONY A.

SOC.SEC.NO      :   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

DATE OF HIRE    :   10/12/90

JOB TITLE       :   LOCAL DRIVERS-JOURN SUB

WEEKLY PAY RATE:   $  807.800

HOURS PER WEEK :   40.00

TERMINATION DT :   01/15/96

* CURRENT YEAR EARNINGS *

GROSS PAY   :   $      402.97

BASE PAY    :   $      402.97

OVERTIME    :   $         .00

BONUS       :   $         .00


****  PRIOR YEAR EARNINGS ****

GROSS PAY   :   _715.42_ (Retro)

BASE PAY    :   --------------------

OVERTIME    :   --------------------

BONUS       :   --------------------

| EMPLOYEE I.D. | DEPARTMENT NA   UMBER/LOCATION |
|---|---|
| 441 56 1989 1989 | 00520 142  San Francisco |

**SAN FRANCISCO NEWSPAPER AGENCY**
EMPLOYEE TRANSACTION

**PERSONNEL ACTIONS**

01 - INITIAL EMPLOYMENT  02 - LOA WITH PAY  03 - LOA WITHOUT PAY  04 - RETURN FROM LOA
05 - SEPERATION  06 - PROMOTION/INCREASE  07 - JOB RECLASSIFY  08 - DEMOTION
09 - JOB ASSIGNMENT CHANGE  10 - TRANSFER  11 - OTHER DATA CHANGE  12 - DATA CORRECTION

A ENTER ACTIONS - UP TO 3: 01  EFFECTIVE DATE 15 96

**EMPLOYEE NAME**

B EMPLOYEE'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL): Saab  Anthony
SUFFIX
☑ Mechanical ☐ Guild ☐ Exempt

**STATUS INFORMATION**

C1 STATUS: T  STATUS DATE: 01 15 96  SEP. TYPE: 4 0
STATUS COMMENTS: Resignation - letter attached

C2 EMPL TYPE: N

C3 DEPARTMENT NUMBER: 0 0  5 2 0  142  ☐ MCH ☐ OFC

**JOB ASSIGNMENT INFORMATION**

E % FULL TIME: 100.00  PAY CYCLE: W1 ☐ MCH  W2 ☐ OFC  TEMPORARY DEPT. #: 0 0  TIME RPT: P

1 CENTER CODE: 6 1 1 0   STOP DATE: 99 99 99
2  99 99 99
3  99 1 96

**CONTACT INFORMATION**

**PERSONAL INFORMATION**

RETURN CONFIRMATION COPY TO: Charles Ingrao

COMMENTS: Please pay all monies due.
Last day worked 1/15/96
40: resigned

EXECUTIVE APPROVAL

DEPT. MGR.  DATE 1/25/96
PERSONNEL MGR.  DATE 1/30/96

21164 5M-1-88 R

# SAN FRANCISCO NEWSPAPER AGENCY

*Agent of*

## San Francisco Chronicle  San Francisco Examiner

February 7, 2000

To:    Seniority Committee for Delivery Drivers:
       Anthony Sarantitis/Circulation Operations Manager
       Judy Power/Labor Relations Representative

Re:    Tony Saab - Previous Service Credit:  Revised Seniority Date

We recommend revising Tony Saab's seniority date to give him credit for seniority for his service from October 12, 1990 through January 15, 1996.

Mr. Saab applied for rehire in April 1997 and again in November 1997.  The Agency agreed to rehire him subject to successfully passing the "pre-employment" physical exam.

He failed the exam December 22, 1997.  That "exam" was revised in early 1998 for all applicants and Mr. Saab was put to work.

The labor agreement provides that employees rehired on or after January 1, 1998 were entitled to prior service credit for pay purposes only [Sec. 26(g)].

Mr. Saab, however, was actually rehired in 1997 and would have gone to work before 1998 if the physical "exam" had been "corrected" earlier.

In light of these facts, Local 921 agrees that Mr. Saab's situation is unique and justified the adjustment in his seniority date.

Agreed to this 7th day of February, 2000

For the San Francisco Newspaper Agency

_____
Richard J. Jordan
Vice President/Employee Relations

For the Newspaper & Periodical
Drivers & Helpers Union, Local 921

_____
Mike Killean
Secretary/Treasurer

925 MISSION STREET, SAN FRANCISCO, CA 94103  415-777-5700

# SAN FRANCISCO NEWSPAPER AGENCY
### AGENT OF

**San Francisco Chronicle**    **San Francisco Examiner**

Human Resources Dept., 925 Mission Street, San Francisco, CA 94103

## EMPLOYMENT APPLICATION

The San Francisco Newspaper Agency is an equal opportunity employer. Applicants will receive consideration for employment based solely on individual qualification without regard to race, religion or creed, color, age, sex, sexual orientation, national origin, ancestry, veteran or marital status, citizenship status or disability as required by applicable state and federal equal employment opportunity laws.

**NOTE: Only completed applications will be evaluated. Incomplete information or "See Resume" responses will cause rejection of your employment application.**

FOR HUMAN RESOURCES DEPT. USE ONLY
Test Administered _____ Test Score _____ P/F _____

Notes: _12/22/97_ _failed_ _php_

**1 - EXACT TITLE OF POSITION FOR WHICH YOU ARE APPLYING:** DRIVER

**2 - DATE AVAILABLE TO BEGIN WORK?** 12-1-97

**8 - SOCIAL SECURITY NO.** 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

**3 - NAME:** SAAB (Last) Anthony (First) A (M.I.)

**9 - Have you ever been convicted of a felony?** YES ☐ NO ☒
If yes, give details on back of this application.

**4 - ADDRESS:** 1256 (Number) GLEN (Street) DRIVE Apt. No.

**10 - Driver License No. and State (if required for position):** C-5309800
Is it currently valid? YES ☒ NO ☐

**5 - CITY** SAN Leandro State CA. Zip 94577

**11 - In the past 3 years, have you been denied a driver's license or been convicted of a moving traffic offense including driving while intoxicated or reckless driving?** YES ☒ NO ☐
If yes, please explain on back of application.

**6 - HOME PHONE** 510-633-0559

**7 - BUSINESS PHONE** 650-593-7853

**12 - Were you previously employed by the San Francisco Newspaper Agency?** YES ☒ NO ☐
If YES, please state date and position: 10-17-90

**13 - Have you ever been dismissed from employment, forced to resign, or resigned to avoid being dismissed?** (If yes, please give details on back of this application) YES ☐ NO ☒

**14 - In accordance with the Immigration & Reform Control Act of 1986, the San Francisco Newspaper Agency will employ only persons legally authorized to work in the United States. State whether you are legally eligible to work in the U.S.A. Employment is conditional on providing proof of eligibility within 3 days of employment.** YES ☒ NO ☐

**15 - HIGH SCHOOL:** _____
Circle highest grade completed    9    10    11    (12)    GED

**16 - DID YOU GRADUATE?** YES ☒ NO ☐

| 17 - NAMES OF COLLEGES/UNIVERSITIES ATTENDED | No. of years completed | Degree Awarded Yes | No | Type of Degree | Date Degree Awarded |
|---|---|---|---|---|---|
| UNIV. OF OKLA. | 2 | BUSINESS | X | | |
| | | | | | |
| | | | | | |

| 18 - OTHER RELEVANT COURSES AND TRAINING | NAME & LOCATION OF INSTITUTION | | Date Ended |
|---|---|---|---|
| HAZ-MAT TRAINING | RANCHO MURIETA CA. | 56 hr cour | 2-91 |
| | | | |

| 19 - PROFESSIONAL LICENSE OR CERTIFICATE, IF REQUIRED | Serial No. | | Expiration Date |
|---|---|---|---|
| | | | |
| | | | |

**20 - Skills, if Required for this Position:** Typing Speed: _____ wpm    10 Key: _____ keystrokes

**21 - OTHER SKILLS:**

# SAN FRANCISCO NEWSPAPER AGENCY

*Agent of*

San Francisco Chronicle    San Francisco Examiner

Richard J. Jordan
*Vice President / Employee Relations*

October 2, 1998

Mr. Mike Killean, Secretary-Treasurer
NEWSPAPER & PERIODICAL DRIVERS
& HELPERS UNION, Local 921
450 Harrison Street, Suite 304
San Francisco, Ca 94105

Re:    Tony Saab

Dear Mr. Killean:

The research into your claim for Mr. Saab's seniority adjustment took far longer than anticipated. I'm sorry for the delay.

Mr. Saab is not entitled to a seniority date that would include credit for his previous years at the Agency. Mr. Saab resigned to pursue another job effective January 15, 1996 (see attached). In these circumstances prior seniority is lost.

Very truly yours,

Richard J. Jordan

cc:    C. Ingrao
       A. Saab
       J. Power

L:\L\WORD\DRIVE921\1998\1998LETT\1002saab.doc

925 MISSION STREET, SAN FRANCISCO, CA 94103 · FAX: 415-512-7127 · TEL: 415-777-8926

# SAN FRANCISCO NEWSPAPER AGENCY
*Agent of*

## San Francisco Chronicle   San Francisco Examiner

February 10, 2000

Mr. Anthony Saab
1256 Glen Drive
San Leandro, CA 94577

RE:    Seniority Date

Dear Mr. Saab:

This is to inform you that your seniority date has been changed to **September 16, 1992**. This reflects your previous employment at the Newspaper Agency of 5 years and 96 days prior to a proper rehire date of December 22, 1997.

If you have any questions, please call me at 415-777-8927.

Sincerely,

Judy Power
Labor Relations Representative and
   Member of the Local 921 Drivers Seniority Committee

cc:    Richard Jordan
       Tony Sarantitis

       Newspaper Drivers Union, Local 921

| EMPLOYEE I.D. | DEPARTMENT NAME/NUMBER/LOCATION |
|---|---|
| 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 | Transportation/570-110/SF |

**SAN FRANCISCO NEWSPAPER AGENCY**

**EMPLOYEE TRANSACTION**

## PERSONNEL ACTIONS

| | ENTER ACTIONS – UP TO 3 | | EFFECTIVE DATE | | | |
|---|---|---|---|---|---|---|
| A | 12 | | 2 | 7 | 00 | |

- 01 - INITIAL EMPLOYMENT
- 02 - LOA WITH PAY
- 03 - LOA WITHOUT PAY
- 04 - RETURN FROM LOA
- 05 - SEPARATION
- 06 - PROMOTION/INCREASE
- 07 - JOB RECLASSIFY
- 08 - DEMOTION
- 09 - JOB ASSIGNMENT CHANGE
- 10 - TRANSFER
- 11 - OTHER DATA CHANGE
- 12 - DATA CORRECTION

## EMPLOYEE NAME

| | EMPLOYEE'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL) | SUFFIX | |
|---|---|---|---|
| B | SAAB, Anthony A. | | ☒ Mechanical<br>☐ Guild<br>☐ Exempt |

## STATUS INFORMATION

| | STATUS | STATUS DATE | EMPLOYMENT DATE | SEP. TYPE | LOA RETURN DATE | LOA TYPE | P/T | F/P | STATUS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| C1 | A | 2 7 00 | 9 16 92 | | | | | | Please correct seniority date to September 16, 1992 |

| | EMPL. REVIEW TYPE | NEXT REVIEW DATE | BARGAIN. UNIT | ADJUSTED HIRE DATE (G) | PRIORITY DATE (M) | ORIGINAL HIRE DATE |
|---|---|---|---|---|---|---|
| C2 | N | | | | | |

**RECEIVED**
**JUN 15 2000**
**HUMAN RESOURCES DEPT.**

| | DEPARTMENT NUMBER | COMPANY | SPECIAL STATUS | SPECIAL STATUS DATE |
|---|---|---|---|---|
| C3 | 0 0 5 7 0 1 1 0 | ☐ MCH<br>☐ OFC | | |

## JOB ASSIGNMENT INFORMATION

| | JOB # | BEGIN DATE | END DATE | POSITION # | JOB CLASS # | CLASSIFICATION DATE | JOB TITLE |
|---|---|---|---|---|---|---|---|
| D | | | | | | | |

| | PAY RATE | RT CODE | GRADE | STEP (G) ONLY | % FULL TIME | TERM | PAY CYCLE W-G,M-G W-O,OFC | TEMPORARY DEPT. # | TIME REP |
|---|---|---|---|---|---|---|---|---|---|
| E | | ☐ T<br>☐ S<br>☐ W | | | 100.00 | | | 0 0 | P |

| | CENTER CODE | EARNINGS TYPE | RATE AMOUNT | PERCENT | START DATE | STOP DATE |
|---|---|---|---|---|---|---|
| 1 | | | | | 99 99 99 | 99 99 99 |
| 2 | | | | | 99 99 99 | 99 99 99 |
| 3 | | | | | 99 99 99 | 99 99 99 |

## CONTACT INFORMATION

| | CURRENT ADDRESS: STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| F2 | | | | |

| | HOME TELEPHONE # (INCLUDE AREA CODE) | EMERGENCY CONTACT NAME | CONTACT PHONE NUMBER (INCLUDE AREA CODE) | NIGHT PHONE CONTACT |
|---|---|---|---|---|
| F3 | | F4 | | |

## PERSONAL INFORMATION

| | PAY | BANK TRANSIT # | BANK ACCOUNT # | SEX | DATE OF BIRTH | SOCIAL SECURITY # | ETH. | HNDCP | MIL | CITIZENSHIP VISA CITY EXP WFLY |
|---|---|---|---|---|---|---|---|---|---|---|
| F5 | | | | | | | | | | |

RETURN CONFIRMATION COPY TO: Leslie Yee

## COMMENTS

Please correct A. Saab's Seniority date to: September 16, 1992.

## EXECUTIVE APPROVAL

| DEPT. MGR. | DATE | DIVISION HEAD | DATE | PERSONNEL MGR. | DATE |
|---|---|---|---|---|---|
| _Leslie Yee_ | 6-8-00 | _signature_ | 6-9-00 | _L. Witter_ | 6/22/00 |

21164  5M-1-88 R

| | |
|---|---|
| Gregory Chapman: | Friday, 3:44 p.m. |
| Recording: | Hello, you have reached the EEOC in San Francisco. To reach an English-speaking operator press 0 at any time. |
| Operator: | EEOC. |
| Gregory Chapman: | Hi. Is it possible to speak to Rosario? |
| Operator: | She's away from her desk at the moment. Can I leave a message for her? |

Page 19

| | |
|---|---|
| Gregory Chapman: | Do you expect her back soon. Can I call back in maybe five or ten minutes or so? |
| Operator: | You can try calling back maybe in about five or ten minutes, yes. |
| Gregory Chapman: | Okay. |
| Operator: | Alright. |
| Gregory Chapman: | Alright, thank you. |
| Operator: | Bye bye. |
| Gregory Chapman: | Goodbye. |
| Gregory Chapman: | Friday, November 1ˢᵗ the year 2002, calling EEOC, San Francisco, CA. |
| Recording: | This is the EEOC in San Francisco. To reach an English-speaking operator press 0 at... |
| Operator: | EEOC. |
| Gregory Chapman: | Is Rosario back in? |
| Operator: | Now you missed her. She's gone for the day. |
| Gregory Chapman: | Oh, I see. |
| Operator: | Did you want to leave a message. She'll be in on Monday morning. She usually leaves at about four o'clock. |
| Gregory Chapman: | Does she? |
| Operator: | Um um. |
| Gregory Chapman: | Okay. Yea. I had some questions. You think someone else can answer them? |
| Operator: | What are your questions: |
| Gregory Chapman: | It was concerning the policy on mailing out the Right to Sue letter. |

| | |
|---|---|
| Operator: | Uh huh. |
| Gregory Chapman: | I was just talking to Rosario and it was my understanding that, she said they just basically mail it First Class. |
| Operator: | Right. |
| Gregory Chapman: | I guess and the other thing she said that, okay, that's been EEOC's policy for I guess five years now or whatever. |
| Operator: | Right, that we just send it out. Were you looking for a Notice of Right to Sue or was one mailed to you or what? |
| Gregory Chapman: | No, one was mailed but I was just trying to get a feel or see what the process was of mailing them. I guess the other question I had was, so you all don't send anything Delivery Confirmation then? |
| Operator: | No. We used to do that but we don't do that anymore. |
| Gregory Chapman: | Do you know how long ago you all used to do it? About five years ago or what? |
| Operator: | It was probably I would say maybe about five years or four years ago that we used to send it Certified Return Receipt Requested but we don't do that anymore. |
| Gregory Chapman: | But no Delivery Confirmation, right? |
| Operator: | No. |
| Gregory Chapman: | Okay. And then the other question would be, when you send out stuff you fill it out to the recipient, the person it's going to, right? It wouldn't just be left blank, would it? |
| Operator: | Do you mean as far as...Well, what happens is, the clerk in the unit is the one who sends the Notice of Right to Sue out, the unit clerk. |
| Gregory Chapman: | But I'm just assuming, if he's sending it out Certified or something he would fill it out. He wouldn't just leave it blank, right? |
| Operator: | If it's Certified he would fill it out, yes. |

Page 21

Gregory Chapman:        Okay. Alright, well that was pretty much the questions I had. What was your name?

Operator:               My name is Darlene.

Gregory Chapman:        Thank you Darlene.

Operator:               Okay.

Gregory Chapman:        Have a nice weekend.

Operator:               Alright, you too.

Gregory Chapman:        Thank you.

Operator:               Bye bye.

Gregory Chapman:        Goodbye.

Gregory Chapman:        Testing one, two, three. Today is November 6th the year 2002. The time is 1:40 p.m.

Recording:              Hello, you have reached the EEOC in San Francisco. To reach an English-speaking operator press 0 at any time.

Operator:               Good afternoon, how may I help you?

Loi Chapman:            Yes, Rosario?

Rosario:                Yes.

Loi Chapman:            Hi, my name is Loi Chapman. I don't know if you remember me but we were there last Friday. I had the baby with me so I wasn't able to really talk to you but do you mind clarifying something for me.

Rosario:                Sure.

Loi Chapman:            Okay. In regards to my husband's file. I just wanted to make sure that the Right to Sue letters are being sent out First Class and not Priority Mail, correct?

Rosario:                Yes.

| | |
|---|---|
| Loi Chapman: | And you said that began when? |
| Rosario: | I don't know exactly when that began but if you want to talk to the clerk or that unit I can transfer your call to that person. |
| Loi Chapman: | No. Maybe I will do that later. |
| Rosario: | You're that lady who was trying to find out when the Right to Sue was sent, right? |
| Loi Chapman: | Yea, that's what we're trying to accomplish. So we wanted to find out that it was not sent Priority because that is not the normal practice. Is that correct? |
| Rosario: | We just send it regular mail. |
| Loi Chapman: | Okay. And you said that you found it strange that, what do you call that, the Confirmation Receipt was not filled out |
| Rosario: | Well, actually if you send regular mail it's not gonna be filled out, that green card, that green paper. |
| Loi Chapman: | Yea, okay. I understand. You know, if he wanted to request that his file be kept do we need to do it in writing? |
| Rosario: | Yes. |
| Loi Chapman: | Who do I need to write to? |
| Rosario: | To Deborah Randall. She's the Enforcement Manager. |
| Loi Chapman: | Okay, Deborah Randall. And the same address? |
| Rosario: | Enforcement Manager. |
| Loi Chapman: | You said Enforcement Manager? |
| Rosario: | Um um. |
| Loi Chapman: | The same address, right? |
| Rosario: | Yes, same address. |

Page 23

| | |
|---|---|
| Loi Chapman: | Okay. How long....I'm looking at his case log and in the conversation log they said it was going to be sent to the supervisor for review before they send out the EEOC letter, Right to Sue letter. How long does the supervisor review that? Does it take a day? Does it take... |
| Rosario: | No idea because if you see the log you will see, I believer it was given to the supervisor the same day they were mailed, right? |
| Loi Chapman: | Yea. |
| Rosario: | Yea, so I don't know how long it takes to review it. |
| Loi Chapman: | Okay, well... |
| Rosario: | You probably need to talk to Deborah Randall because she's the person that reviews the cases. |
| Loi Chapman: | Okay, what is the name of the unit, the clerk unit, the unit of the clerk that sent this out? |
| Rosario: | From that Enforcement Unit? |
| Loi Chapman: | Yes. |
| Rosario: | Terry Knapp. |
| Loi Chapman: | Terry Knapp? |
| Rosario: | Uh huh. |
| Loi Chapman: | Is that a girl or a boy? |
| Rosario: | KNAPP. |
| Loi Chapman: | Is that girl or a boy? |
| Rosario: | It's a boy. |
| Loi Chapman: | What extension is he at? |
| Rosario: | 5031. |

Page 24

| | |
|---|---|
| Loi Chapman: | 5031. Okay, I'll give him a call. I just need to clarify something. Thank you Rosario. |
| Rosario: | Your welcome. |
| Loi Chapman: | Bye bye. |
| Recording: | Hello, you have reached the EEOC in San Francisco. To reach an English-speaking operator press 0 at any time. If you would like general information in English press 1. (End of Tape a, Side 2) |

*Begin Tape 2, Side A...

| | |
|---|---|
| Gregory Chapman: | Testing one, two, three. |
| Recording: | Hello, you have reached the EEOC in San Francisco. To reach an English-speaking operator press 0 at any time. If you would like general information in English press 1. |
| Operator: | (Inaudible). May I help you? |
| Loi Chapman: | Hi. Rosario, can you transfer me to Terry please? |
| Rosario: | Sure, hold on. |
| Loi Chapman: | Thank you. |
| Recording: | Hello, this is Terry Knapp of EEOC in San Francisco. I am not at my desk right at the moment. If you'd like to leave me a message I will get back with you as soon as possible. Thank you. |
| Recording: | Hello, you have reached the EEOC in San Francisco. To reach an English-speaking operator press 0 at any time. |
| Operator: | EEOC. |
| Loi Chapman: | Yes, do you know if Terry Knapp is at lunch? |
| Operator: | I have no idea. I know that he is in the office today but I don't know if he's at lunch. |
| Loi Chapman: | Okay, thank you. |

Page 25

| | |
|---|---|
| Operator: | (Inaudible). |
| Loi Chapman: | Alright, can you please transfer me to his extension please. |
| Operator: | Sure, hold on. |
| Loi Chapman: | Thank you. |
| Terry Knapp: | Good afternoon, EEOC, Terry speaking. May I help you? |
| Loi Chapman: | Hi Terry, my name is Loi Chapman. How are you? |
| Terry Knapp: | Pretty good mam. |
| Loi Chapman: | I have a question for you if you don't mind please. |
| Terry Knapp: | Um um. |
| Loi Chapman: | On your Right to Sue letters, how do you send them? |
| Terry Knapp: | How do we send them? |
| Loi Chapman: | Yea. |
| Terry Knapp: | You mean what system do we use? |
| Loi Chapman: | Yea. |
| Terry Knapp: | We send them out through regular mail. |
| Loi Chapman: | Regular mail? |
| Terry Knapp: | Um um. |
| Loi Chapman: | And how long has this procedure been in place? |
| Terry Knapp: | Oh, quite a number of years now. |
| Loi Chapman: | Thank you so much Terry. |
| Terry Knapp: | Okay mam. |
| Loe Chapman: | Bye bye. |

Terry Knapp:            Bye bye.

Recording:              Hello, you have reached the EE...

Recording:              The person at extension 5...

Recording:              Hello, you have reached the EEOC in San Francisco. To reach an
                        English-speaking operator press 0 at any time. If you would like
                        general information in English press 1.

Recording:              The person at extension 5101 is not available to take your call.
                        Please leave a message after the tone.

Recording:              Hello, you have reached the EEOC in San Francisco. To reach an
                        English-speaking operator press 0 at any time. If you would like
                        general information in English press 1.

Recording:              The person at extension...

Recording:              Hello, you have reached the EEOC...

Recording:              The person at extension 510...

Recording:              Hello, you have reached the EEOC in San Francisco. To reach an
                        English-speaking operator press 0 at...

Recording:              Hello, you have reached the E...

Recording:              The person at extension 5101 is not available to take your call.
                        Please leave a message after the tone.

Recording:              Hello, you have reached the EEOC...

Recording:              The person at extension 5101 is not available to take your call.
                        Please leave a message after the tone or press 0 for assistance.

Recording:              A valid (inaudilbe word) number has not been specified.

Recording:              A valid...

Recording:              Hello, you have reached the EEOC in San...

Page 27

| | |
|---|---|
| Terry Knapp: | Good afternoon, EEOC, Terry speaking. May I help you? |
| Loi Chapman: | Hi, Deborah Randall please? |
| Terry Knapp: | Hold on please mam, I'll transfer you to her line. |
| Loi Chapman: | Thank you. |
| Recording: | You have reached the office of Deborah Randall. I'm not available at the moment but I.... |
| Recording: | Hello, you have reached the EEOC.... |
| Terry Knapp: | Good afternoon, EEOC, Terry speaking. May I help you? |
| Loi Chapman: | Hi Terry, I was trying to get a hold of Ms. Deborah Randall but I keep getting her voicemail. Is she in the office by any chance? |
| Terry Knapp: | She may be away from her desk right now. She is in today. |
| Loi Chapman: | Do you know if it's her lunch time or something maybe? |
| Terry Knapp: | No, I think she is probably in a meeting right now. Would you like me to take your name and have her give you a call mam? |
| Loi Chapman: | No, I'd rather...I'm in and out of my office too. I was just wondering what is the best time to give her a call? |
| Terry Knapp: | I don't know exactly what her status is so far as when she'll be back in at her desk right now. |
| Loi Chapman: | Okay, I'll give her a....You close at four thirty, correct? |
| Terry Knapp: | We close at four thirty. |
| Loi Chapman: | I'll give her another call before then. Thank you. |
| Terry Knapp: | Yea, if you could. She should be back in by then. |
| Loi Chapman: | Thank you so much. Bye bye. |
| Terry Knapp: | Okay mam. |

| | |
|---|---|
| Recording: | You have reached the EEOC in San Francisco. To reach an English-speaking operator press 0 at any time. |
| Operator: | EEOC, Diana (inaudible last name). How can I help you? |
| Loi Chapman: | Yes, hi. Is Ms. Deborah Randall in please? |
| Operator: | I don't know if she is or not but I can try. Let me get your name and number and I'll transfer you to her. |
| Loi Chapman: | My name is Loi Chapman. |
| Operator: | I'm sorry, what was it? |
| Loi Chapman: | Loi Chapman. |
| Operator: | Can you spell that for me? |
| Loi Chapman: | Yes, LOI CHAPMAN. |
| Operator: | Is that it? |
| Loi Chapman: | Yea. |
| Operator: | LOI CHAP? |
| Loi Chapman: | ...MAN. |
| Opertor: | Oh, MAN. Okay, I'm transferring you now. |
| Loi Chapman: | Thank you. |
| Operator: | Her number is 456, 356-505? (inaudible digit) |
| Loi Chapman: | 50? I'm sorry, what? |
| Operator: | 5059. |
| Loi Chapman: | Thank you. |
| Operator: | Are you calling long distance? |
| Loi Chapman: | Yea, from Vallejo actually. |

Page 29

| | |
|---|---|
| Operator: | What is the number you're calling from? |
| Loi Chapman: | 707 643-4864. |
| Operator: | Something is wrong with the phone. Are you on a phone that.... |
| Loi Chapman: | Yea, I'm on the cellphone because I'm driving right now. |
| Operator: | It keeps cutting in and out and it's garbled. |
| Loi Chapman: | Okay. |
| Operator: | Can you say again what you just said? |
| Loi Chapman: | 707 643... |
| Operator: | I'm sorry, what? |
| Loi Chapman: | 643... |
| Operator: | 643... |
| Loi Chapman: | ...4864. |
| Operator: | I'm sorry, I didn't get that. You know, it's really not working very well. What are the last numbers? |
| Loi Chapman: | You know what, let me try her direct number then. Thank you. |
| Operator: | Okay. |
| Unknown woman's voice: | Okay, thank you for holding. |
| Loi Chapman: | Yes, hi, Ms. Randall? |
| Unknown woman's voice: | Okay, let's see what's happened here. |

*End of Tape 2, Side A recording


Transcribed by Doreen Christensen/11-14-02

Page 30



# NEWSPAPER AND PERIODICAL DRIVERS AND HELPERS TEAMSTERS' UNION LOCAL 921

### AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS

MICHAEL J. KILLEAN, Secretary-Treasurer
PHIL PUETT, President, Business Agent
ARON COATES, Vice President
AL MARCHESI, Recording Secretary

GEORGE ALLEN, Trustee
JAY TOMAS, Trustee
JOHN TOOMEY, Trustee

June 22, 2000

## IMPORTANT NOTICE TO ALL MEMBERS

This notice is intended to inform you of the resolution of some longstanding issues with the Hearst Corporation and the Agency.

1. **CASUALS GET SAME SALE PROTECTIONS AS REGULARS:**

   Assuming The Examiner is sold to the Fangs, the Hearst Corp. has agreed that its guaranty that no regular agency drivers will be laid off involuntarily also applies to casuals on the Agency's Casual Lists as of April 26, 2000. After Local 921 and the Agency agree on who belongs on the list, the Agency will calculate the average number of shifts worked per week by each casual listed starting 1/1/01 through the end of the Hearst/Fang four-month transition period (and if a casual on the list is off work for any significant time after 1/1/00 his/her average will be based on the shifts worked over the six months preceding the absence). Hearst guarantees the average number of shifts assigned to any casual on the list will not be reduced after the end of the Hearst/Fang transition period (up to a maximum of five shifts per week). Local 921 has agreed, based on this commitment and other guarantees made by the Hearst Corp. concerning the sale, that it will not assert that the sale violates the Contract or that the Fangs purchase of The Examiner's assets makes it a "successor" under the 921/Agency Agreement. Why isn't Fang a successor? Counsel has advised us that as the purchaser of assets Fang does not assume the role of successor and we consider the job guarantees won from the Hearst Corp. more than enough reason to concede this point. Of course, nothing prevents us from organizing the Fang Examiner.

2. (A) **TIME AND A HALF IF YOU WORK VACATION DAYS:**

   Because of the shortage of drivers, until 12/31/00 if you agree to work on a scheduled vacation day you will be paid time and a half for up to a total of five days.

2. (B)  If you work your regular days off during vacation you will be paid time and a half.

3. **PENSION CONTRIBUTIONS OF SHIFTS MISSED BECAUSE OF WORK RELATED INJURY:**

   The Agency will make retroactive pension contributions for the years 1996, 1997, 1998, and 1999 and begin making contributions prospectively starting 1/1/01 for shifts not worked by a regular employee due to a work-related injury if, (1) the injury keeps you off work for ninety days or more and (2) you were employed by the Agency for at least five years prior to the injury. Contributions will be made for up to a two year maximum while employee is off on a work related injury.

Fraternally,

Mike Killean, Secretary-Treasurer

Phil Puett, President

2660 Newhall Street, Suite 111  •  San Francisco, California 94124
Telephone: (415) 330-9310  •  Fax: (415) 330-9316  •  E-mail: Local 921@igc.org

| | | |
|---|---|---|
| 16:26 | 1 | Q.  Do you have any recollection of having such a |
| 16:26 | 2 | conversation with anyone at the EEOC prior to April 19 |
| 16:26 | 3 | of 2001? |
| 16:26 | 4 | A.  I have no recollection at this time, no. |
| 16:26 | 5 | Q.  Do you know when Exhibit 9 was delivered to |
| 16:26 | 6 | your Larchmont Drive address in Daly City, Mr. Chapman? |
| 16:26 | 7 | A.  I'm assuming around March 17th or so. |
| 16:27 | 8 | Q.  Why do you assume March 17? |
| 16:27 | 9 | A.  Because the mail would normally take four to |
| 16:27 | 10 | five days. |
| 16:27 | 11 | Q.  Do you have any other basis for believing that |
| 16:27 | 12 | that letter was delivered to the Daly City address on |
| 16:27 | 13 | March 17th? |
| 16:27 | 14 | A.  That's the day I believe it was received. |
| 16:27 | 15 | Q.  When you say "received," what do you mean? |
| 16:27 | 16 | A.  The day it arrived at the 735 Larchmont. |
| 16:27 | 17 | Q.  And have you looked in the EEOC file regarding |
| 16:27 | 18 | the mail return receipt? |
| 16:28 | 19 | A.  I have. |
| 16:28 | 20 | Q.  Are you aware that the file indicates that the |
| 16:28 | 21 | letter was delivered to your Daly City address on March |
| 16:28 | 22 | 14th, 2001? |
| 16:28 | 23 | A.  No, I would contradict that because according |
| 16:28 | 24 | to the contact letter I believe it went to Susan |
| 16:28 | 25 | Randall's desk on the 13th.  And I believe it might |

173

| | | |
|---|---|---|
| 16:28 | 1 | have been sent out on the 14th.  There is no way it |
| 16:28 | 2 | could have arrived at my house on the 14th if it was |
| 16:28 | 3 | sent out on the 14th. |
| 16:28 | 4 | Q.  What is your basis for thinking that this |
| 16:28 | 5 | letter was sent out on the 14th? |
| 16:28 | 6 | A.  I believe that's what Mr. Ek's notes reflect. |
| 16:28 | 7 | Q.  Other than what you've told me, do you have |
| 16:29 | 8 | any other basis for concluding that letter was |
| 16:29 | 9 | delivered to your Daly City address on March 17th? |
| 16:29 | 10 | A.  I'm sure Loi could probably collaborate the |
| 16:29 | 11 | fact that it was received on the 17th. |
| 16:29 | 12 | Q.  Do you have any documentation of any nature |
| 16:29 | 13 | that would indicate that the letter was delivered to |
| 16:29 | 14 | the Daly City address on March 17th? |
| 16:30 | 15 | A.  No, because I don't believe it was sent by |
| 16:30 | 16 | registered mail, so I don't believe there is any |
| 16:30 | 17 | documentation to prove that it wasn't received on the |
| 16:30 | 18 | 17th. |
| 16:30 | 19 | Q.  And why do you say that it wasn't sent by |
| 16:30 | 20 | registered mail? |
| 16:30 | 21 | A.  Can you offer proof that it was? |
| 16:30 | 22 | Q.  So you are really not certain one way or the |
| 16:30 | 23 | other; are you? |
| 16:30 | 24 | A.  I'm certain it was received on or after the |
| 16:30 | 25 | 17th of March. |

174

Direct Query - Intranet - "Quick" Search



| Track/Confirm - Intranet Item Inquiry |
| :-: |
| Item Number: 0300 1290 0008 0181 4887 |

**Invalid Tracking Number or Tracking Number not found. Please check your entry and try again.**

---

Enter Request Type and Item Number:

Quick Search ⊙     Extensive Search ○

Explanation of Quick and Extensive Searches

Item Number:

Submit

**Inquire on multiple items.**

**Go to the Product Tracking System Home Page.**

This TRacking # is not in our system. Therefore it must have been mailed improperly.

If you need more information or have question. You may call me @ (707) 558 - 1836.

Sterrye Turner
Supr. Customer Services



Manager
100 Admiral Callaghan Lane
Vallejo CA 94591-9991



GREG CHAPMAN
1398 HALE ST
VALLEJO CA 94591


**UNITED STATES POSTAL SERVICE**®

# Track & Confirm

### Delivery Status

You entered 0300 1290 0008 0181 4887

There is no record of that item. If it was mailed recently, information may
not yet be available. Please try again later.

**Track & Confirm**

Enter number from shipping re

**Track & Confirm FAQs**


**POSTAL INSPECTORS**
Preserving the Trust

**site map   contact us   government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

63 - 776 - BW

| | | |
|---|---|---|
| | V M' " " Martin " | EK |
| 1/31/01 | spoke to " note 16:00 | EK |
| 1/7/01 | VM for CP 16:50 | EK |
| 2/8/01 | 10 day letter to C.P. | EK |
| 2/25/01 | c/T R. Rodriguez 14:50 | EK |
| 15:10 | VM for G. Mena + Solis | EK |
| 17:15 | c/T Mina - note | EK |
| | | |
| 3/12/01 | Received case from Inv | DMF |
| 3/13/01 | Submitted case to Dir | DMF |
| 03/13/01 | Mailed promise to CP/R | |

GPO 661-408

D00003

## eloisajohnson

| | |
|---|---|
| **From:** | <icustomercare@usps.com> |
| **To:** | <eloisajohnson@prodigy.net> |
| **Sent:** | Friday, October 18, 2002 10:40 AM |
| **Subject:** | RE: Web Site Technical Questions - Technical Questions |

Dear USPS Customer,

Priority Mail is not a "trackable" service. Our optional Delivery Confirmation service is often thought of as "tracking", but it only provides information regarding the date, time and ZIP Code of delivery - after the delivery or attempted delivery takes place. Until such time, the "Track/Confirm" website should show the item as "accepted".

(Our Express Mail service does provide point to point tracking information regarding packages - along with a refund of postage if not delivered on time, and automatic insurance up to $500.)

To use Track/Confirm, go to the USPS website, www.usps.com. Click on Track/Confirm and the Track/Confirm page will be displayed. Type the number from your receipt in the box provided and press the 'GO' button. Delivery updates may not be available until late in the evening.

Occasionally, our Delivery Confirmation system does not show a number as valid. If an item does not show as valid, it means that the number was not properly entered into our system. This is not necessarily an error, since some postal entry points may not be set up to scan at acceptance. (Some military postal facilities, some rural postal facilities or substations, and most commercial acceptance points do not scan.) Generally, as long as the item does get properly scanned at final delivery, the delivery information will show up at that time.

Our Delivery Confirmation system will usually only show an item as "accepted", or perhaps the status will show that the USPS was electronically notified. (This indicates that the Delivery Confirmation number was generated for shipping.) These are the normal conditions for most packages until delivery. If this status remains for many days longer than the expected delivery time, it might mean that the package has been delayed or lost, but in most instances, it simply means that the item was not properly scanned at delivery. Unfortunately, if our Delivery Confirmation information never shows delivery information, the only way to verify the delivery or non-delivery of a package would be for the sender to personally contact the recipient. This certainly is a failure on our part, and the sender is entitled to a refund of the Delivery Confirmation fee. (Form 3533 can be filed at any post office.)

We hope this information has helped explain the current status shown on your package. We realize that it does not help locate your package. Because Priority Mail is not trackable, we won't be able to find your package in our system, but we are confident that your package will be delivered soon. If an excessive length of time passes, PS form 1510 (Mail Loss/Rifling Report) can be filed at your local post office. This report helps the USPS find problems in our delivery system. If packages are found as a result of this

August 6, 2003

EEOC
Attn.: Deputy Director Javier Chacon
Via email:Javier.chacon@eeoc.gov

Dear Mr. Chacon:

    I am writing you at the behest of Ms. Joan Erlich, who heads or is now currently assigned at the San Francisco EEOC office. At the time of our initial conversation back in May 1, 2003, she was the Director of the Houston Branch of the EEOC.

    I am trying to clear up a dispute by clarifying the agency's correct definition of " UPON RECEIPT" in your Right-to- Sue letter. To quote Ms. Erlich from that earlier conversation " Upon receipt is when you get it in your hand". She also used the example that if it were lost in the mail for two weeks, the 90 days would begin when you received it,not the day it was mailed or sent.

    It is my sincere hope that you can confirm or deny this as the EEOC's policy in practice .I would also greatly appreciate a timely response to this enquiry as this is of some urgency to me. My fax number is 707-643-4864; e- mail is loi@ammiromortgage.com

Sincerely,

Gregory Grant Chapman, Sr.

**eloisajohnson**

| | |
|---|---|
| **From:** | "Loi Bustamante" <Loi@AmmiroMortgage.com> |
| **To:** | "JAVIER CHACON" <JAVIER.CHACON@EEOC.GOV> |
| **Sent:** | Thursday, August 07, 2003 4:27 PM |
| **Subject:** | Re: policy enquiry |

----- Original Message -----
**From:** JAVIER CHACON
**To:** Loi@AmmiroMortgage.com
**Sent:** Thursday, August 07, 2003 10:53 AM
**Subject:** Re: policy enquiry

Dear Loi,
Ms Ehrlich is correct in defining the 90 day period. Your 90-day period for filing a lawsuit on a discrimination complaint under the statutes enforced by EEOC begins upon your receipt of the dismissal or right-to-sue notice. The day you received the notice begins your 90-day countdown. Please be aware that EEOC is unable to extend this period of time so hopefully this answers your inquiry. Please call on us if you have any other questions.

>>> "Loi Bustamante" <Loi@AmmiroMortgage.com> 08/07/03 12:40PM >>>
Dear Mr. Chacon:

Thank you for replying to my message. I am using my wife's email address as my provider is currently down.

I am writing at the behest of Ms. Joan Erlich, who heads or is now presently assigned to the San Francisco office. At the time of our initial conversation in May 1,2003, she was the Director of the Houston Branch of the EEOC.

I am trying to clear up a dispute by clarifying the agency's correct definition of "UPON RECEIPT" in your Right-to- Sue letter. To quote Ms. Erlich from that earlier conversation, " Upon receipt is when you get it in your hand". She also used the example that if it were lost in the mail for two weeks, the 90 days would begin when you received it, not the day it was mailed or sent.

It is my sincere hope that you can confirm or deny this as the EEOC's policy in practice. I would also greatly appreciate a timely response to this enquiry as this is turning out to be of utmost importance. You can reach me at 707-643-4864( fax) or you can reply back to this email address(loi@ammiromortgage.com).

Sincerely,

Gregory Grant Chapman, Sr.

10/28/03

## **EEOC**

1. **Send certified letters to Director and to Terry Knapp giving them 10 days from date of letter to state in writing what their policy is on mailing the right to sue letter, how long it's been in effect.**

**When response is received, proceed with next letter outlining particulars of case ( why there is a blank confirmation receipt in file, why it was sent priority when it's not policy, who sent it and where from).**