1
2
3
4
5
6
7

8          UNITED STATES  DISTRICT COURT

9           Northern District of California

10

11  GREGORY CHAPMAN,
                Plaintiff in Propia Persona,

12                                              No. C 07-4775 SBA

13       v.
                                               **ORDER ASSIGNING CASE TO**
                                               **ASSISTED SETTLEMENT**
14  SAN FRANCISCO NEWSPAPER AGENCY,            **CONFERENCE PROGRAM**
                Defendant(s).

15  _____/

16          Plaintiff in this case has applied to participate in the court's Assisted Settlement Conference

17  Program.  Based on the court's review of plaintiff's Application for Assisted Settlement Conference,

18  Declaration Applying for Assisted Settlement Conference and additional application materials, and

19  plaintiff's acknowledgment at the Case Management Conference that he has reviewed the

20  description of the Assisted Settlement Conference Program, wishes to participate in the Program,

21  and understands and agrees to the limited representation to be provided by Special Settlement

22  Conference counsel,

23          IT IS HEREBY ORDERED:

24          1.      That the case be assigned to the Assisted Settlement Conference Program;

25          2.      That Special Settlement Conference Counsel be appointed for the limited purpose of

26                  representing plaintiff in the preparation for and Settlement Conference of this case;

27                  and

28  ////

1        3.      That the Settlement Conference shall be completed within ninety (90) days of the

2                date of this order.

3

4    IT IS SO ORDERED.

5

6

7     5/4/09                                  _____
8    Date                                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHAPMAN et al,                                    Case Number: CV07-04775 SBA

      Plaintiff,                              **CERTIFICATE OF SERVICE**

  v.

SF CHRONICLE et al,

      Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Grant Chapman
2552 Stone Manor Drive
Buford, GA 30519

Dated: May 6, 2009

                           Richard W. Wieking, Clerk
                           By: LISA R CLARK, Deputy Clerk

**UNITED STATES DISTRICT COURT**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28