UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| Gregory Grant Chapman, Sr., | |
| Plaintiff in Propia Persona, | No. C07-4775 SBA |
| v. | **ORDER REMOVING CASE FROM ASSISTED SETTLEMENT CONFERENCE PROGRAM** |
| San Francisco, Newspaper Agency, et al. | |
| Defendants. | |
| _____/ | |

The above-entitled action was assigned to the Assisted Settlement Conference Program. Unfortunately, the court has been unable to locate special counsel for plaintiff through the program. Accordingly, the court now removes this case from the Assisted Settlement Conference Program.

IT IS SO ORDERED.

8/31/09
Date

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge

<table>
<tr><td></td></tr>
</table>

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAPMAN et al, | Case Number: CV07-04775 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SF CHRONICLE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Grant Chapman
870 River Rush Drive
Sugar Hill, GA 30518

Dated: August 31, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

**UNITED STATES DISTRICT COURT**
For the Northern District of California

2