1

2

3

4

5

6

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

7  | GREGORY GRANT CHAPMAN, SR., | Case No:  C 07-4775 SBA

8  |         Plaintiff, | **ORDER GRANTING *EX PARTE* APPLICATION REQUESTING (1) EXTENSION OF DISPOSITVE MOTION HEARING CUTOFF TO COURT'S NEXT AVAILABLE HEARING DATE FOR DEFENDANT SAN FRANCISCO CHRONICLE'S MOTION FOR SUMMARY JUDGMENT, OR (2) SPECIALLY SET HEARING FOR ORIGINAL MOTION DATE**

9  |     vs.

10 | U.S. EEOC/ADA and SAN FRANCISCO NEWSPAPER AGENCY (THE CHRONICLE) AND TEAMSTERS LOCAL 853 (FORMERLY 921),

11

12 |         Defendants.

13 | | [Docket No. 57]

14

15

16

17  Presently before the Court is Defendant San Francisco Newspaper Agency's ("the

Chronicle") *Ex Parte* Application Requesting (1) Extension of Dispositive Motion Hearing

18

19  Cutoff to Court's Next Available Hearing Date for Defendant San Francisco Chronicle's

Motion for Summary Judgment, or (2) Specially Set Hearing for Original Motion Date (the

20

"Motion").

21

22  In the Court's Amended Order for Pretrial Preparation (Docket No. 54), the Court set

the law and motion cut off for January 12, 2010.  The Order expressly states: "The parties are

23

advised *not* to wait until 35 days prior to the law and motion cut-off date to file and serve their

24

motion.  As the Court's law and motion calendar tends to fill quickly, there is no guarantee that

25

a hearing date within the law and motion cut-off date will be available."  (Docket 54 at 2:6-8

26

(emphasis added).)

27

28

| | |
|---|---|
| 1 | On December 4, 2009—precisely 39 days before the January 12, 2010 law and motion |
| 2 | cut off— the Chronicle filed the instant Motion and a Motion for Summary Judgment or, in the |
| 3 | Alternative, Summary Adjudication ("MSJ") (Docket No. 60). The Court notes that the need |
| 4 | for the instant Motion could have been obviated had the Chronicle heeded the Court's warning |
| 5 | and not waited until 39 days before the law and motion cut-off date to file their MSJ. |
| 6 | However, despite the burden imposed on the Court's docket occasioned by the Chronicle's |
| 7 | conduct, the Court will GRANT the instant Motion because its resolution may expedite the |
| 8 | resolution of this case. |
| 9 | Accordingly, |
| 10 | IT IS HEREBY ORDERED THAT the Chronicle's Motion for Summary Judgment or, |
| 11 | in the Alternative, Summary Adjudication is set for hearing on **January 12, 2010, at 1:00 p.m.** |
| 12 | IT IS SO ORDERED. |
| 13 | Dated:_1/12/09 |

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge