UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY GRANT CHAPMAN, SR.,<br><br>    Plaintiff,<br><br>    vs.<br><br>U.S. EEOC and SAN FRANCISCO NEWSPAPER AGENCY (THE CHRONICLE),<br><br>    Defendants. | Case No: C 07-04775 SBA<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff filed this employment discrimination action on September 17, 2007 against San Francisco Newspaper Agency (The Chronicle) ("the San Francisco Chronicle"). On January 29, 2010, Plaintiff filed an amended complaint, naming as defendants the U.S. EEOC and the San Francisco Chronicle. (Docket No. 25.) There is no indication in the record that Plaintiff served the EEOC with the amended complaint. Independent of the service issue, this Court notes that the EEOC, when not acting as an employer, is not a proper defendant in an employment discrimination lawsuit. See Ward v. E.E.O.C., 719 F.2d 311, 313 (9th Cir. 1983).

    On December 4, 2009, the San Francisco Chronicle filed a motion for summary judgment on Plaintiff's claims. (Docket No. 60.) On January 13, 2010, Plaintiff filed a motion for summary judgment on his claims against the San Francisco Chronicle. (Docket No. 76.) On February 11, 2010, this Court granted, in its entirety, the San Francisco Chronicle's motion for summary judgment. (Docket No. 80.) Accordingly,

    IT IS HEREBY ORDERED THAT:

    1.    Plaintiff's motion for summary judgment is DENIED as MOOT.

    2.    This action is DISMISSED under Federal Rule of Civil Procedure 4(m) due to Plaintiff's failure to serve the EEOC with the amended complaint.

    3.    The Clerk shall close the file and terminate any pending matters.

1  IT IS SO ORDERED.

2  Dated: September 15, 2010

3  _____
   SAUNDRA BROWN ARMSTRONG
   United States District Judge