UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY GRANT CHAPMAN, SR., <br><br> Plaintiff, <br><br> vs. <br><br> U.S. EEOC and SAN FRANCISCO NEWSPAPER AGENCY (THE CHRONICLE), <br><br> Defendants. | Case No: C 07-04775 SBA <br><br> **JUDGMENT** |

In accordance with the Court's February 11, 2010 Order Granting Defendant San Francisco Chronicle's Motion for Summary Judgment,

IT IS HEREBY ORDERED THAT judgment is entered in favor of Defendant San Francisco Newspaper Agency (The Chronicle).

IT IS SO ORDERED.

Dated: September 15, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge